# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BALTIMORE COUNTY, MARYLAND, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-03232-LKG |

## STIPULATION OF DISMISSAL

Plaintiffs the Baltimore County Branch of the National Association for the Advancement of Colored People, League of Women Voters of Baltimore County, Common Cause of Maryland, Charles Sydnor, Anthony Fugett, Dana Vickers Shelley, Danita Tolson, Sharon Blake, Gerald Morrison, and Niesha McCoy ("Plaintiffs") and Defendants Baltimore County, Maryland, Julian E. Jones, Jr., Tom Quirk, Izzy Patoka, Wade Kach, David Marks, Cathy Bevins, and Todd K. Crandell ("Defendants"), through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismiss, without prejudice, Defendants Julian E. Jones, Jr., Tom Quirk, Izzy Patoka, Wade Kach, David Marks, Cathy Bevins, Todd K. Crandell in the above-captioned action.

[*signatures on following page*]

| | |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted, |
| */s/ John A. Freedman* | */s/ Ava E. Lias-Booker* |
| Deborah A. Jeon (Bar No. 6905) | Ava E. Lias-Booker (Fed. Bar No. 05022) |
| **AMERICAN CIVIL LIBERTIES UNION OF MARYLAND** | Melissa O. Martinez (Fed. Bar No. 28975) |
| | **MCGUIREWOODS LLP** |
| 3600 Clipper Mill Road, Suite 350 | 500 E. Pratt Street, Suite 1000 |
| Silver Spring, MD 20903 | Baltimore, Maryland 21202-3169 |
| Baltimore, Maryland 21211 | (410) 659-4400 |
| (410) 889-8555 | (410) 659-4599 Fax |
| (410) 366-7838 Fax | alias-booker@mcguirewoods.com |
| jeon@aclu-md.org | mmartinez@mcguirewoods.com |
| Andrew D. Freeman (Bar No. 3867) | ***Counsel for Defendants Baltimore County, Maryland, Julian E. Jones, Jr., Tom Quirk, Izzy Patoka, Wade Kach, David Marks, Cathy Bevins, and Todd K. Crandell*** |
| **BROWN GOLDSTEIN & LEVY LLP** | |
| 120 E. Baltimore Street, Suite 2500 | |
| Baltimore, MD 21202 | |
| (410) 962-1030 | |
| (410) 385-0869 Fax | |
| adf@browngold.com | |

John A. Freedman (Bar No. 20276)
Mark D. Colley (Bar No. 16281)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
(202) 942-5999 Fax
john.freedman@arnoldporter.com
mark.colley@arnoldporter.com

Michael Mazzullo (*pro hac vice pending*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 Fax
michael.mazzullo@arnoldporter.com

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022, a copy of the foregoing was filed and served via CM/ECF to all counsel of record.

                                                  */s/ John A. Freedman*
                                                  John A. Freedman