# EXHIBIT A

# DECLARATION OF WILLIAM S. COOPER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

Baltimore County Branch of the
National Association for the
Advancement of Colored People, *et al.*,

       *Plaintiffs,*

v.

Baltimore County, Maryland, *et al.*,

       *Defendants*.

Civil Action No. LKG-21-3232

**DECLARATION OF WILLIAM S. COOPER**

## I.    INTRODUCTION

1.    I, William Cooper, am over 18 years of age and am competent to testify. I have a B.A. degree in economics from Davidson College. For more than three decades I have worked as a private consultant serving as a demographic and redistricting expert for civil rights organizations and governmental entities, employed here as an expert for the Plaintiffs. I am compensated at a rate of $150 per hour for my work.

**A.    Redistricting Experience**

2.    I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 45 voting rights cases in 19 states, with most of these lawsuits resulting in changes to statewide legislative boundaries or local election district plans.

3.    Since 2011, based in part on my testimony, federal courts have found a Section 2 violation based on the first factor ("Gingles 1") in *Thornburg v. Gingles*, 478 U.S. 30 (1986) (discussed further below) in the following cases: *Montes v. City of Yakima, Washington,* 40 F.Supp.3d 1377 (E.D. Wash. 2014); *Pope v. Albany County, New York*, 94 F.Supp.3d 302

(N.D.N.Y. 2015); *NAACP v. Ferguson-Florissant School District, Missouri*, 201 F.Supp.3d 1006 (E. D. Mo. 2016); *Thomas v. Bryant*, 366 F.Supp.3d 786 (S.D. Miss. 2019), *Navajo Nation v. San Juan County, Utah*, No. 18-4005 (10th Cir. 2019**),** and *National Association for the Advancement of Colored People, Spring Valley Branch et al v. East Ramapo Central School District et al*, 462 F. Supp 3d 368 (S.D.N.Y. 2020).

4.      In 2016, two redistricting plans that I developed for consent decrees in Section 2 lawsuits in Georgia were adopted – *Georgia NAACP v. Fayette County Bd. of Com'rs*, 118 F. Supp 3d 1338 (N.D. Ga. 2015) and *NAACP v. Emanuel County Bd. of Com'rs*, Civil Action No. 16-0021 (N.D.Ga. 2016).

5.      In 2017, I served as a redistricting consultant to the State of Maryland in *Benisek v. Lamone,* 241 F.Supp. 3d 566 (D.Md. 2017) (three-judge-court). I filed a declaration and was deposed in that lawsuit.

6.      In 2019, I prepared a consent decree election plan for the Jefferson County, Alabama Board of Education (*James v. Jefferson County Board of Education*).  I served as a redistricting consultant to the City of Decatur, Alabama (*Voketz v. City of Decatur*) between 2015 and 2020. I also served as a redistricting consultant to the plaintiffs in *Alabama State NAACP v. City of Pleasant Grove* in 2018 and 2019.

7.      In October 2021, I briefly served as a consultant to the city council in Wenatchee, Washington and determined that the 2018 redistricting plan I drew is not malapportioned under the 2020 Census.[1]

---

[1] During the 2010 redistricting cycle, five plans that I developed for local government clients were adopted – Bolivar County, Mississippi; Claiborne County, Mississippi; the City of Grenada, Mississippi; Sussex County, Virginia; and Wenatchee, Washington. I also served as a redistricting consultant in 2011 to the Miami-Dade County Commission and Board of Education.

8.     I currently serve as a redistricting consultant to the San Juan County, Utah Commission. On December 14, 2021, the Commission adopted a 3-district commission plan that I developed. On January 4, 2022, the Commission adopted a 5-district school board plan that I developed.

9.     On January 5, 2022, I testified at trial in the Northern District of Alabama on behalf of plaintiffs challenging Alabama's 2021 Congressional Plan under Section 2 of the Voting Rights Act – *Caster v. Merrill*, Civil Action No. 21-1356-AMM (N.D. Ala.) (three-judge-court).

10.     On January 7, 2022, I filed a declaration in the Northern District of Georgia supporting a preliminary injunction motion in a Section 2 case challenging Georgia's 2021 State House and Senate Plans -- *Alpha Phi Alpha Fraternity v. Raffensberger.*

11.     On January 12, 2022, I filed a declaration in the Northern District of Georgia supporting a preliminary injunction motion in a Section 2 case challenging Georgia's 2021 U.S. House Plans – *Pendergrass v. Raffensberger*, Civil Action No. 21-05337-SCJ (N.D. Ga.).

12.     I have worked with the ACLU of Maryland on local redistricting plans in Maryland on numerous occasions, including drafting illustrative plans submitted by the ACLU to municipal and county officials in Chestertown (2019), Salisbury (2015), Cambridge (2011), Annapolis (2011), and Somerset County (2011).   Usually, we worked collaboratively with government officials, and plans I developed either were adopted outright or influenced the plans ultimately adopted, most recently in Chestertown.

13.     I also provided consulting services to the ACLU of Maryland in the mid-2000s regarding prison gerrymandering in Somerset County. This project was an important catalyst leading to the 2010 passage of Maryland Assembly of the State's first-in-the-nation's *No Representation Without Population Act* to provide more accurate representation in government.

3

By counting persons incarcerated in state prisons in their home districts rather than their place of incarceration for redistricting purposes, this law did away with artificial inflation of voting population in districts where prisons are located, and has since been followed in numerous other states and local governments.

14.    While it has been some years since I testified as an expert in federal court in Maryland, I was the demographer for the plaintiffs in *Cane v. Worcester County*, 840 F. Supp. 1081 (D. Md. 1994), a Section 2 case from the Eastern Shore, in which the Court ruled, in part based on my testimony, that the County's election system illegally diluted the Black vote, in violation of the Voting Rights Act.  Specifically, I testified, and the District Court found, that Worcester County's Black community was sufficiently large and geographically compact to create a majority in a single-member-district, so as to satisfy the first precondition to Section 2 liability established by the Supreme Court in *Thornburgh v. Gingles*, 478 U.S. 30 (1986). Although subject to several appeals specifically challenging my compactness finding, the Fourth Circuit ultimately affirmed both the liability and remedy rulings, and the Supreme Court twice denied certiorari.

15.    For more information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation and other efforts to promote compliance with the Voting Rights Act of 1965, see the summary of my redistricting work in **Exhibit A**.

**B.    Purpose of Declaration**

16.    The attorneys for the Plaintiffs in this case asked me to determine two things:

(a) Whether it is possible to create at least two reasonably compact and contiguous districts with a Black[2] voting-age majority population ("BVAP") under a seven single-member district plan for the Baltimore County Council, so as to satisfy *Gingles* 1; and

(b) To compare measures of socio-economic status for Blacks and non-Hispanic Whites in Baltimore County, as reported in the *2019 American Community Survey 1-Year Estimates* dataset produced by the U.S. Census Bureau ("Census Bureau"), so as to determine if Black residents of Baltimore County suffer continuing effects of past discrimination in their socio-economic status, a factor identified by the Senate as significant in assessing liability under the Voting Rights Act.

**C.    Expert Summary Conclusions:**

17.    Based on my analysis, my conclusions, which I explain below, are as follows:

•    Using Baltimore County's established election structure of seven single-member districts, Black residents in Baltimore County are sufficiently numerous and geographically compact to easily comprise two westside Council districts with majority-Black voting age populations, commensurate with their 32% presence in the County population.

•    Further, beyond these two majority-Black districts, BIPOC[3] residents as a whole are sufficient in number and geographic concentration to create a third "coalition" or "influence"

---

[2] In this declaration, "Black" and "African American" are synonymous, as are "Latino" and "Hispanic." White and non-Hispanic White are also synonymous.

Unless otherwise noted, "Black" means Any Part Black. "BVAP" means Any Part Black voting age population, i.e. voting age persons who self-identified in the 2020 Census as single-race Black or Black plus one or more other races, including Black Hispanics.

It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is an appropriate Census classification to use in most Section 2 cases.

[3] "BIPOC" means Black, Indigenous, and People of Color, and my use of the term "minority" throughout refers to populations not in the majority. My primary focus on a Black threshold VAP-majority is not meant to imply that Black voters in Baltimore County are not part of a larger community of interest and voting coalition that includes all BIPOC voters.

district comprising a significant bloc of Black, Latino, and Asian voting age County residents. (See Plaintiffs' Proposed Plans 1 and 5 *infra*)

- As reported in the 2019 American Community Survey, in Baltimore County, non-Hispanic White people significantly outpace Black people across most key indicators of socio-economic well-being.

**D.    Methodology and Sources**

18.    For the calculation of ideal population size, as it pertains to districts in the election plans I review, I rely on the 2020 prison-adjusted dataset prepared by the Maryland Department of Planning, as required by the *No Representation Without Population Act*.[4]

19.    There are no state prisons in Baltimore County and just 2,138 prisoners on April 1, 2020 are listed as having a Baltimore County address.[5] The addition of these prisoners to the adjusted population adds 0.25% to the 2020 total population – from 854,535 under the 2020 Census to 856,673 after the reallocation of prisoners. Given this *de minimis* difference of 0.25%, throughout this declaration I refer to U.S. Census Bureau population counts from the PL94-171 file of the 2020 Census and citizenship statistics from the American Community Survey (except for in district-by-district deviation calculations, in which I use the prison-adjusted dataset).

20.    **Exhibit B** describes the sources and methodology I have employed in the preparation of this report. Briefly, I used the *Maptitude for Redistricting s*oftware program as well as data and shapefiles from the U.S. Census Bureau.

---

[4] https://redistricting.maryland.gov/Pages/data.aspx

[5] Source: https://redistricting.maryland.gov/Documents/Data/PopulationAdjustmentFinal.pdf

E.    **Organization of Declaration**

21.    The remainder of this declaration is organized as follows: **Section II** reviews Baltimore County 2000-2020 demographics.  **Section III** reviews the adopted 2021 County Council Plan ("Council Plan" or "2021 Council Plan").  **Section IV** presents two proposed plans that I prepared, based on the 2020 Census. Both proposed plans contain an additional second majority-Black district. And both proposed plans were presented to the County Council in November 2021. Finally, **Section V** provides information about Baltimore County's socioeconomic profile, including disparities in socioeconomic status between the County's Black and white residents.

II.    **DEMOGRAPHIC PROFILE OF BALTIMORE COUNTY**

A.    **Location and Characteristics of Baltimore County**

22.    Baltimore County is a densely populated suburban county that encircles the City of Baltimore, which is a separate governmental entity treated as equivalent to a county in Maryland.  Baltimore County is geographically large (the third largest in Maryland, in terms of land area and population) covering an area of 682 square miles.

23.    Baltimore County is highly unusual, because it has no incorporated municipalities and no other localized municipal governments or elected municipal officials, meaning all County residents are represented only by the County Councilmember elected from the district in which they live, and the County Executive, who is elected at large.  This means even large Baltimore County communities – such as the county seat of Towson – are merely "census designated places"[6] ("CDPs") rather than actual municipalities.

_____

[6] The Census Bureau defines a census designated place as "statistical equivalents of incorporated places and represent unincorporated communities that do not have a legally defined boundary or an active, functioning governmental structure. Examples of CDPs include unincorporated

24.    In considering election opportunities for Black voters and candidates, Baltimore County's lack of municipalities and elected municipal officials is significant.  City or other local municipal councils are often a key stepping-stone to countywide office, especially for voters and candidates from racial minority groups that have historically been underrepresented in government.  By eliminating these opportunities entirely, Baltimore County's governmental structure makes it harder for Black voters to influence elections and gain self-representation.  If, for example, some of the west-County census designated places, such as Woodlawn, Randallstown, Milford Mill, Lochearn, and Owings Mills – all of which now are majority Black in voting age population – were incorporated municipalities, there would be more opportunities for Black voters to elect Black candidates to offices at the local level.  By maintaining a government only at the County level, the White countywide majority generally remains able to defeat Black candidates of choice.

**B.    2020 Census – Population by Race and Ethnicity**

25.    According to the 2020 Census, Baltimore County has a total population of 854,535, of whom 669,511 are of voting age.  At 51.9%, non-Hispanic Whites ("NH Whites") constitute the largest racial/ethnic category in the county. African Americans, at 32.2% Any Part Black ("AP Black"), represent the largest minority population, followed by Latinos (7.2%), who may be of any race, and NH Asian-Americans (6.3%). The 2020 total Black, Indigenous, People of Color ("BIPOC") population in Baltimore County is 48.1% – consisting of all persons who are not single-race non-Hispanic White.

---

communities, planned communities, military installments, university towns, resort towns, etc." Source: https://www.census.gov/programs-surveys/bas/information/cdp.html

26.     As illustrated in **Figure 1**, between 2000 and 2020, Baltimore County's population diversified significantly, with the BIPOC population growing from 27% in 2000 to 48% in 2020. During the same period, the single-race Black population has increased from 20% to 30% (32% AP Black).  Whereas the County's non-Hispanic White population was 73% in 2000, by 2020 it had declined to 52%.

**Figure 1 - Demographic Change in Baltimore County 2000-2020**



27.     Specifics of the County's demographic population changes from 2000 to 2020 are shown in **Figure 2**.  Although Baltimore County's overall population grew by more than 100,000 during this period, from 754,292 to 854,535 persons, the County's non-Hispanic White population fell by even more – 110,627 persons – representing a *decline* of 20%.  Meanwhile, the AP Black population *grew* over the same period, adding 118,814 persons, or 75.9%. The total

BIPOC population (including Black, Latino, Asian, and multi-racial populations) grew from 200,402 persons in 2000 to 411,272 persons in 2020, an increase of 210,870 persons or 105%.

**Figure 2**

**Baltimore County – 2000 Census to 2020 Census**
**Population by Race and Ethnicity**

| | 2000 Population | Percent | 2010 Population | Percent | 2020 Population | Percent | 2000 - 2020 Change | % 2000 - 2020 Change |
|---|---|---|---|---|---|---|---|---|
| Total Population | 754,292 | 100.00% | 805,029 | 100.00 | 854,535 | 100.00% | 100,243 | 13.29% |
| NH White* | 553,890 | 73.43% | 504,556 | 62.68% | 443,263 | 51.87% | -110,627 | -19.97% |
| **Total Minority(BIPOC)** | 200,402 | 26.57% | 300,473 | 37.32% | 411,272 | 48.13% | 210,870 | 105.22% |
| Latino | 13,774 | 1.83% | 33,735 | 4.19% | 61,492 | 7.20% | 47,718 | 346.44% |
| NH Black* | 150,456 | 19.95% | 206,913 | 25.70% | 252,724 | 29.57% | 102,268 | 67.97% |
| NH Asian* | 23,845 | 3.16% | 39,865 | 4.95% | 54,701 | 6.40% | 30,856 | 129.40% |
| NH Hawaiian and PI* | 195 | 0.03% | 255 | 0.03% | 252 | 0.03% | 57 | 29.23% |
| NH Indigenous* | 1,769 | 0.23% | 2,107 | 0.26% | 1,942 | 0.23% | 173 | 9.78% |
| NH Other* | 1,016 | 0.13% | 1,445 | 0.18% | 4,461 | 0.52% | 3,445 | 339.07% |
| NH Two or More Races* | 9,347 | 1.24% | 16,153 | 2.01% | 35,700 | 4.18% | 26,353 | 281.94% |
| SR Black (Single-race Black ) | 151,600 | 20.10% | 209,738 | 26.05% | 255,793 | 29.93% | 104,193 | 68.73% |
| **AP Black (Any Part Black)** | 156,546 | 20.75% | 220,378 | 27.38% | 275,360 | 32.22% | 118,814 | 75.90% |

*Single-race, non-Hispanic

## C.    Geographic Distribution of the Black Population

28.    The Black population in Baltimore County is concentrated in the western areas of the County, with some significant BIPOC population also to the northeast of the border with the City. The map in **Figure 3** shows the geographic distribution of the Black population in Baltimore County, based on 2020 Census voting tabulation districts ("VTDs")[7]. The bulk of the County's Black population lives in geographically compact areas running throughout western Baltimore County. **Exhibit C-1** is a higher resolution version of Figure 3.

---

[7] "VTD" is a Census Bureau term meaning "voting tabulation district." VTDs generally correspond to precincts. In Baltimore County, there are 237 VTDs, ranging in population size from 6 persons to 11,576 –193 of the VTDs have populations over 1,000 persons.

**Figure 3**
**Geographic Distribution of the Black Population in Baltimore County**
**By 2020 Census VTD**



29.    Several westside census designated places depicted on the map, including

Randallstown, Woodlawn, Lochearn, Milford Mill and Owings Mills, are majority Black in

population. **Exhibit C-2** is a table with population by race and ethnicity for the 32 census

designated places in Baltimore.

**D.    Voting Age and Citizen Voting Age by Race and Ethnicity**

30.    As shown in **Figure 4**, African Americans in Baltimore County constitute a slightly

smaller percentage of the voting age population (VAP) than they do of the total population –

amounting to 30.39% of the voting age population as compared to 32.2% of the general

population. Specifically, according to the 2020 Census, Baltimore County has a total VAP of

669,511– of whom 203,447 (30.39%) are AP Black. The NH White VAP is 369,566 (55.20%).

11

**Figure 4**

**Baltimore County – 2020 Voting Age Population
& 2019 Estimated Citizen Voting Age Population
By Race and Ethnicity[8]**

| | 2020 VAP | 2020 VAP Percent | 2019 CVAP Percent |
|---|---|---|---|
| **Total** | 669,511 | 100.00% | 100.00% |
| NH White 18+ | 369,566 | 55.20% | 68.5 % |
| Total BIPOC18+ | 299,945 | 44.80% | 31.5% |
| Latino 18+ | 40,189 | 6.00% | 2.2% |
| Single-race Asian (Including Asian Hispanics)18+ | 42,424 | 6.34% | 4.3% |
| Single-race Black (Including Black Hispanics)18+ | 192,662 | 28.78% | 26.7% |
| **Any Part Black (Including Black Hispanics) 18+** | 203,447 | **30.39%** | **NA** |

31.    The rightmost column in **Figure 4** reveals that the NH White population in Baltimore County comprises a significantly higher percentage of the citizen voting age population ("CVAP") – 68.50% -- than the corresponding voting age population, owing to higher non-citizenship rates among the BIPOC voting age population.  CVAP percentages for the AP Black VAP are not available in the 1-year 2019 ACS. However, for all ages, AP Black citizens represent 31.49% of all citizens in Baltimore County (261,367 of 827, 370.).[9]

32.    In Baltimore County, BIPOC CVAP (31.5%) is considerably lower than BIPOC VAP (44.80%). This 13-percentage point gap between BIPOC VAP to BIPOC CVAP will likely narrow over the course of the decade, as the younger citizen BIPOC population attains voting age. For all ages, the BIPOC citizenship rate is 41.79%, according to the 1-year 2019 ACS.[10]

---

[8] Sources: **PL94-171 Redistricting File** (Census 2020); **Table  S2901 -- CITIZEN, VOTING-AGE POPULATION BY SELECTED CHARACTERISTICS** (1-year 2019 ACS )
https://data.census.gov/cedsci/table?q=S2901&g=0500000US24005

[9] Calculated from **Exhibit G-2, p. 4** (*infra*), as reported in the 1-Year ACS Table S0201, published by the U.S. Census Bureau.

[10] Ibid.

## III.    THE CHALLENGED COUNCIL REDISTRICTING PLAN

33.    Under the redistricting plan adopted by the Baltimore County Council on December 20, 2021, each of the seven Council members will be elected from a single-member district.  Based on the prison-adjusted 2020 Census dataset, the ideal district size for each of the seven districts within the county is 122,382 (856,673 divided by 7).

34.    A map of the 2021 Council Plan is shown in **Figure 5**. A higher resolution version of the Figure 5 map is in **Exhibit D-1. Exhibit D-2** contains a set of maps that zoom on each of the Council Plan districts.

**Figure 5**

### Adopted 2021 Council Plan



35.    The table in **Figure 6** shows 2020 summary population statistics for the Council Plan. **Exhibit D-3** contains detailed 2020 population statistics by district.

13

**Figure 6**

**2021 Council Plan Population Summary**

| District | Prison Adjusted Pop. | % Dev. | Population | 18+ Pop | % 18+ AP Black | % 18+ NH White | % 18+ BIPOC |
|---|---|---|---|---|---|---|---|
| 1 | 122,391 | 0.01% | 122,074 | 95,419 | 29.71% | 49.50% | 50.50% |
| 2 | 118,343 | -3.30% | 118,145 | 91,675 | 31.18% | 55.55% | 44.45% |
| 3 | 119,477 | -2.37% | 119,377 | 94,192 | 8.09% | 77.58% | 22.42% |
| **4** | 119,487 | -2.37% | 119,068 | 93,489 | **74.74%** | **16.31%** | 83.69% |
| 5 | 121,237 | -0.94% | 121,023 | 94,526 | 18.77% | 66.12% | 33.88% |
| 6 | 128,310 | 4.84% | 127,988 | 102,680 | 31.20% | 54.71% | 45.29% |
| 7 | 127,428 | 4.12% | 126,860 | 97,530 | 19.72% | 66.04% | 33.96% |

36.     The overall deviation from the ideal district size for the seven districts in the Council Plan – combining the largest positive deviation from ideal size with the largest negative deviation – is 8.14%; this meets population equality requirements under the Constitution that presumptively allow combined deviations up to 10%.

37.     Unlike the Plaintiff's Proposed Plans discussed below, however, the Council Plan is highly problematic in that it fails to prevent minority vote dilution.  That is because only one district in the Council Plan, District 4, includes a majority Black voting age population, when it is readily possible to create two substantial majority Black districts because the Black population on the western side of the County is "large and geographically compact".

38.     Instead of allowing the County's significant Black population to create majorities in two districts, the Council Plan "packs"[11] an excessively high share of Black voters into a single district, District 4, comprising 76.1% of the District's general population and 74.7% of the District's voting age population.  Only 16.3% of the voting-age population in the Council Plan's District 4 is white, meaning the Black VAP is over 58 percentage points higher than the NH White VAP.  Even a 60% Black voting age population in a single member district could only be

_____

[11] Packing" describes election districts where a minority population is unnecessarily concentrated, resulting in an overall dilution of minority voting strength in the voting plan.

justified today in a place where a high percentage of the minority VAP at issue is non-citizen. But citizenship is not an issue for the Black population in Baltimore County, where Black CVAP closely tracks Black VAP.  Thus, the Adopted Plan's inclusion of nearly 75% Black VAP in District 4 is clearly unnecessary.

39.    Also, as illustrated in the **Figure 7** detail map, the Council Plan "cracks"[12] certain majority-Black communities, including Randallstown (84.6% Black), Milford Mill (86.3% Black), Lochearn (83.7% Black), and Owings Mills (63.2% Black), between majority-Black District 4 and white-majority District 2. A total population of 22,950 persons (66.6% Black) is shifted into majority-white District 2 from the above four majority-Black towns.

**Figure 7**

**2021 Council Plan**
**Detail of Black Community Cracking Among Districts**



40.    In addition, racially diverse neighborhoods (pop. 22,153 -- 37.6% Black) in Reisterstown are drawn into majority-white District 2. Taken together, the Reisterstown shift and

---

[12] "Cracking" describes election plans with one or more districts that fragment or divide the minority population, also resulting in an overall dilution of minority voting strength in the voting plan.

the cracking of the four majority-Black towns add up to a total population of 45.463 (52.4% Black) – enough to form about one-third of a second majority-Black district.

41.    At the same time, the Council Plan keeps the adjacent majority-White community of Pikesville (67.3% White) wholly in District 2. In combination with the District 4 packing, division of majority-Black or significantly Black communities in the Council Plan results in the Plan's failure to create a second majority-Black district.  In fact, the highest share of AP Black voting age population in any districts except District 4 in the Council Plan is 31.2%, in Districts 1 and 6.  And in every one of the districts in the Council Plan except District 4, the white voting age population outnumbers the Black by over 19 percentage points.  Thus, in six of the seven districts in the Council Plan, a white majority voting as a bloc would retain power to defeat the choices of a cohesive Black community of voters.

## V.    PLAINTIFFS' PROPOSED PLANS

42.    Following release of Census data in mid-August, I worked with the Plaintiffs and their counsel to develop illustrative redistricting plans showing how a Baltimore County Council plan with seven single-member districts could be drawn, consistently with all traditional redistricting principles, to include two majority-Black districts among the seven.

43.    Over the period from late August through October, I prepared five different illustrative plans with two majority-Black districts, each of which was submitted by the Plaintiffs to the Baltimore County officials involved in the redistricting process to show there were several ways to create a second majority-Black district. Each of these five plans adheres to all traditional redistricting principles, including that they (i) satisfy Constitutional one-person one-vote requirements, (ii) are reasonably shaped, compact and contiguous, (iii) respect communities of interest, and (iv) prevent dilution of minority voting strength.

44.     For purposes of this action, I will focus attention on Plan 1 and Plan 5 submitted to the Council. Both of these Proposed Plans create two districts that are majority Black in voting age population by at least 20 percentage points over non-Hispanic White VAP.  This 20+ percentage point Black-White VAP margin in the proposed majority-Black districts is significantly wider than in typical illustrative majority-minority districts I have drawn in Section 2 cases where courts relied upon my Gingles 1 analysis, suggesting that it is strongly protective of Black voting opportunities.

45.     Both Proposed Plans also include a third "influence" district where the population is roughly split between BIPOC and White residents.[13]  Overall, both plans recognize the County's diversifying population and afford all voters fair and realistic opportunities to elect representatives of their choice.

**A.      Plaintiffs Proposed Plan 1**

46.     The map in **Figure 8** shows Plaintiffs Proposed Plan 1. A higher resolution version of the Figure 8 map is in **Exhibit E-1. Exhibit E-2** contains a set of maps that zoom on each of the districts in Proposed Plan 1.

---

[13] District 1 in Proposed Plan 1 and District 6 in Proposed Plan 5.

**Figure 8**



47.     In Proposed Plan 1, majority-Black District 1 follows the city limits of Baltimore, encompassing all of Baltimore Highlands and Landsdowne, then north generally along I-695 to include whole precincts in Randallstown and Pikesville. Majority-Black District 4 follows District 1 from the south and east, with the Carroll and Howard County lines forming its western border. In the north, District 4 extends east to Owings Mills, which is split along precinct lines and shared with District 2 and District 3.

48.     **Figure 9** shows summary population statistics for Proposed Plan 1. **Exhibit E-3** contains detailed 2020 population statistics by district.

**Figure 9**

**Plaintiffs' Proposed Plan 1 Population Summary**

| District | Prison Adjusted Pop. | % Dev. | Population | 18+ Pop | % 18+ AP Black | % 18+ NH White | % 18+ BIPOC |
|---|---|---|---|---|---|---|---|
| **1** | 123,487 | 0.90% | 123,009 | 95,862 | **54.83%** | **31.05%** | 68.95% |
| 2 | 124,871 | 2.03% | 124,715 | 98,207 | 24.26% | 62.03% | 37.97% |
| 3 | 119,713 | -2.18% | 119,607 | 94,362 | 12.36% | 72.37% | 27.63% |
| **4** | 118,817 | -2.91% | 118,532 | 93,414 | **53.90%** | **31.36%** | 68.64% |
| 5 | 124,615 | 1.82% | 124,450 | 99,050 | 13.49% | 72.65% | 27.35% |
| 6 | 120,554 | -1.49% | 120,152 | 92,918 | 36.10% | 48.96% | 51.04% |
| 7 | 1246,16 | 1.83% | 124,070 | 95,698 | 18.95% | 66.72% | 33.28% |

49.     The overall deviation (positive plus negative) from the ideal district size for the seven districts in this Plan is 4.94%. The two districts with majority Black voting age population are District 1 which is 54.8% BVAP (31.0% NH White VAP), and District 4 which is 53.9% BVAP (31.4% NH White VAP).

50.     In both of these districts, the Black VAP is over 22 percentage points higher than the White VAP, ensuring that a cohesive Black community of voters would have a fair and realistic opportunity to elect representatives of their choice, in keeping with the requirements of the Voting Rights Act.

51.     In addition, Proposed Plan 1 includes a third influence district that is split nearly evenly between BIPOC and the NH White voting age populations: District 6 is 51.0% in total BIPOC VAP and 49.0% in non-Hispanic White VAP.

52.     Proposed Plan 1 can also be viewed online in detail on the *Dave's Redistricting Application* (DRA) website via the link below:

https://davesredistricting.org/join/326d6025-b344-44c4-b75f-4f0767cab34a

**B.    Plaintiffs Proposed Plan 5**

53.    **Figure 10** shows the map for Plaintiffs' Proposed Plan 5. A higher resolution
version of the Figure 10 map is in **Exhibit F-1**. **Exhibit F-2** contains a set of maps that zoom on
each of the districts in Proposed Plan 5.

**Figure 10**



Plaintiffs' Proposed Plan 5

54.    Proposed Plan 5 is drawn to prioritize keeping communities and towns whole.
Just three CDPs are split -- Woodlawn - D 1 and D 2; Reisterstown - D 2 and D 4; and Essex - D
5 and D 7.

55.    In Proposed Plan 5, majority-Black District 2 encompasses Lochearn, Millford
Mill, and Pikesville. Parts of Woodlawn and Reisterstown are also in District 2. Majority-Black
District 4 includes all of Garrison, Owings Mills, and Randallstown.

56.    **Figure 11** shows summary population statistics for Proposed Plan 5. **Exhibit F-3**

contains detailed 2020 population statistics by district.

**Figure 11**

### Plaintiffs' Proposed Plan 5 -- Population Summary

| District | Prison Adjusted Pop. | % Dev. | Population | 18+ Pop | % 18+ AP Black | % 18+ NH White | % 18+ BIPOC |
|---|---|---|---|---|---|---|---|
| 1 | 117,582 | -3.92% | 117,299 | 91,822 | 27.63% | 51.39% | 48.61% |
| **2** | 118,013 | -3.57% | 117,653 | 91,368 | **55.00%** | 35.01% | 64.99% |
| 3 | 124,905 | 2.06% | 124,772 | 98,770 | 10.19% | 76.27% | 23.73% |
| **4** | 116,414 | -4.88% | 116,127 | 91,106 | **56.03%** | 31.55% | 68.45% |
| 5 | 127,792 | 4.42% | 127,490 | 98,805 | 22.97% | 61.11% | 38.89% |
| 6 | 123,477 | 0.89% | 123,256 | 98,894 | 22.39% | 64.21% | 35.79% |
| 7 | 128,490 | 4.99% | 127,938 | 98,746 | 22.16% | 63.22% | 36.78% |

57.    The overall deviation from the ideal district size for the seven districts in this Plan

is 9.87%, satisfying Constitutional population equality requirements. The two districts with

majority Black voting age population are District 2, which is 55.0% BVAP (35.0% NH White

VAP), and District 4, which is 56.0% BVAP (31.5% NH White VAP).

58.    In both of these districts, the Black VAP is very significant compared to White

VAP, with District 2 20 percentage points higher and District 4 24.5 percentage points higher.

Both districts ensure that a cohesive Black community of voters would have a fair and realistic

opportunity to elect representatives of their choice, in keeping with the requirements of the Voting

Rights Act.

59.    In addition, Proposed Plan 5 includes a third district that is split nearly evenly

between BIPOC and White voting age populations, District 1, which is 48.6% in BIPOC VAP

and 51.4% in non-Hispanic White VAP.

60.    Proposed Plan 5 can also be viewed online in detail on the *Dave's Redistricting*

*Application* (DRA) website via the link below:

https://davesredistricting.org/join/842017de-6691-4036-b180-ee8f02cb8eee

## C. Supplemental Plan Information

### (a) Compactness Measures

61.     **Figure 12** reports compactness scores generated by Maptitude for the 2021 Council Plan and Proposed Plans 1 and 5. The table summarizes the Reock[14] and Polsby-Popper[15] scores – the two most widely-referenced measures of compactness. Higher scores indicate higher compactness.

**Figure 12**
**Compactness Comparison – Proposed Plans 1 and 5 vis-à-vis 2021 Council Plan**

|  | Reock | | Polsby-Popper | |
|---|---|---|---|---|
|  | Mean | Low | Mean | Low |
| **2021 Council Plan** | .45 | .25 | .42 | .26 |
| **Proposed Plan 1** | .36 | .20 | .33 | .18 |
| **Proposed Plan 5** | .39 | .23 | .37 | .20 |

62.     There is no bright line rule on what constitutes an acceptable compactness score. Acceptable scores vary widely depending on the jurisdiction and type of plan at issue. In my opinion, the districts in the 2021 Council Plan and both of the Plaintiffs' Proposed Plans are reasonably shaped and compact – and clearly within the normal range for compactness.

---

[14] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

[15] The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

**(b) Political Subdivision Splits**

63.　　As shown in **Figure 13**, the Council Plan splits 5 VTDs and 15 CDPs. Proposed Plan 1 is drawn entirely at the VTD-level, so there are no split VTDs. Both the Council Plan and Proposed Plan 1 prioritize keeping VTDs intact, but in doing so CDP boundary lines are crossed by districts, resulting in 15 split CDPs in the two plans.

64.　　On the other hand, Proposed Plan 5 prioritizes keeping communities intact. All but three CDPs are in a single district. Because VTD boundaries do not always follow town boundaries, there are 22 VTDs split in Proposed Plan 5.

**Figure 13**

**VTD and Municipal Splits – Illustrative Plan vis-à-vis 2021 Plan**

|  | **2020 VTD Splits** | **Census Designated Place Splits** |
|---|---|---|
| **2021 Council Plan** | 5 | 15 |
| **Proposed Plan 1** | 0 | 15 |
| **Proposed Plan 5** | 22 | 3 |

**(c) Incumbents**

65.　　Upon information and belief, all incumbents who are not retiring this year are placed in separate districts under Proposed Plan 1 and Proposed Plan 5.

## V.    BALTIMORE COUNTY'S SOCIO-ECONOMIC PROFILE

### A. Countywide

66.    As detailed below, non-Hispanic Whites in Baltimore County consistently outpace African Americans across a broad range of economic measures, as reported in the *2019 American Community Survey* ("*ACS*").[16] These disparities are summarized below and depicted with further detail in the charts found in **Exhibit G-1**, using data drawn from the *2019 ACS*.[17] The *ACS* is an ongoing survey conducted by the U.S. Census Bureau that gathers information annually about jobs and employment, educational attainment, housing, and other topics. **Exhibit G-2** contains the complete dataset underlying the charts, published by the U.S. Census Bureau.[18]

### a)    *Education*

67.    African American educational attainment in Baltimore County is roughly comparable to their White cohorts through high school—26.6% of Blacks over the age of 25 have a high school degree as their highest level of education, compared to 25.5% of whites. However African Americans fall behind at the college level, with 33.4% holding a college degree, compared to 43.8% of whites. See **Exhibit G-1 at 5**.

### b)    *Income*

68.    African Americans in the County experience a poverty rate higher than for whites – 9.9% of Blacks live below the poverty line, versus 7.3% of whites. For children, these

---

[16] In this section, the term "White" refers to non-Hispanic White. The term "Black" or "African American" refers to Any Part Black, including Black Hispanics.

[17] The 1-year 2019 ACS is the most current available. The2020 ACS was canceled due to the COVID-19 pandemic.

[18] https://data.census.gov/cedsci/table?text=s0201&t=-0A%20-%20All%20available%20non-Hispanic%20Origin%3A005%20-%20Black%20or%20African%20American%20alone%20or%20in%20combination%20with%20one%20or%20more%20other%20races&g=0500000US24005&y=2019&tid=ACSSPP1Y2019.S0201

disparities are worse: 11.7% of Black children live in poverty, compared to 6.2% of White

children. *See* **Exhibit G-1 at 22**.

69.     Black family households are two-thirds more likely (6.7%) to live in poverty than

do White families (4.0%). **Exhibit G-1 at 19**.

70.     Black median household income is $67,457– about 78% of the $85,929 median

income of White households. *See* **Exhibit G-1 at 14**.

71.     Black family households exhibit an even greater median income disparity

compared to White family households – $76,726 for Black median family household income,

compared to $111,325 for White family households, meaning Black family income averages 69%

that of White families. See **Exhibit G-1 at 16**.

72.     Black per capita income is $31,133, which is about 63% of the $49,339 White per

capita income. *See* **Exhibit G-1 at 17**.

73.     About one in seven Black households relies on food stamps –14.9% of Black

households participate in the Supplemental Nutrition Assistance Program (SNAP), compared to

one in 18 White households – 5.7%. *See* **Exhibit G-1 at 15**.

    *c)*     *Employment*

74.     Although a larger percentage of African Americans (72.0%) work in the labor

force than whites (63.4%), the earnings they bring home are consistently less.  Data show that

Black workers, both male and female, employed full time, year-round, earn substantially less

money than do their White counterparts.  For Black men among this group, average income

($57,849) is dramatically less than it is for White men ($98,619), meaning Black men average just

59 cents for every dollar earned by White men. *See* **Exhibit G-2 at 8.**

75.     The Black unemployment rate (for the working age population ages 16-64 – expressed as a percent of the civilian labor force) – is higher than for whites. At the time of the survey, 5.8% of working-age African Americans were unemployed, compared to a 3.3% rate for the White workforce. *See* **Exhibit G-1 at 11**.

76.     More than twice as many Black Baltimore Countians (7.6%) lack health insurance than do whites (3.3%), an especially acute issue during the pandemic.  *See* **Exhibit G-1 at 18**.

       *d)*     ***Housing and Transportation***

77.     More than half of Black households in the County (54.2%) rent their homes, versus just 23.6% of White households who are renters. *See* **Exhibit G-1 at 21**.

78.     More than twice as many Black as White households have no access to a vehicle: 12.5% of Black households lack a vehicle, compared to 5.9% of White households. *See* **Exhibit G-1 at 23.**

**B. Census Designated Places**

79.     For additional socioeconomic information, I have prepared charts and tables for 24 Baltimore County census designated places with significant minority populations. The charts available at the link below are based on the five-year 2015-2019 American Community Survey and include data for the SR Black population, as well as Latino population.[19]

http://www.fairdata2000.com/ACS_2015_19/Baltimore_County/

---

[19] The 2019 1-year ACS is not available for counties and places with populations under 65,000. The 5-year 2015-2019 ACS reports SR Black socioeconomic estimates only. AP Black estimates are not published in the 5-year ACS

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on:


**Date: January 18, 2022**

William S. Cooper

# COOPER DECLARATION

# EXHIBIT A

December 31, 2021

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 750 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

From 1986 to 2020, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, and Wyoming.

## Post-2010 Redistricting Experience

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in nine states (Alabama, Connecticut, Florida, Georgia, Kentucky, Mississippi, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights. In addition, I have prepared congressional plans for clients in eight states (Alabama, Florida, Georgia, Louisiana, Maryland, Ohio, Pennsylvania, South Carolina, and Virginia).

1

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the U.S. Department of Justice (DOJ).

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board. Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received DOJ preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for a Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia)*.

2

In 2016, two federal courts granted summary judgment to the plaintiffs based in part on my *Gingles 1* testimony: *Navajo Nation v. San Juan County, Utah* (C.D. Utah 2016) and NAACP v. *Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016).

Also in 2016, based in part on my analysis, the City of Pasco, Washington admitted to a Section 2 violation. As a result, in *Glatt v. City of Pasco* (E.D. Wash. Jan. 27, 2017), the court ordered a plan that created three Latino majority single-member districts in a 6 district, 1 at-large plan.

In 2018, I served as the redistricting consultant to the Governor Wolf interveners at the remedial stage of *League of Women Voters, et al. v. Commonwealth of Pennsylvania*.

In August 2018, the Wenatchee City Council adopted a hybrid election plan that I developed – five single-member districts with two members at-large. The Wenatchee election plan is the first plan adopted under the Washington Voting Rights Acts of 2018.

In February 2019, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding Senate District 22 in Mississippi, based in part on my *Gingles* 1 testimony in *Thomas v. Bryant (S.D. Ms. Feb 16, 2019)*.

In the summer of 2019, I developed redistricting plans for the Grand County (Utah) Change of Form of Government Study Committee.

In the fall of 2019, a redistricting plan I developed for a consent decree involving the Jefferson County, Alabama Board of Education was adopted *Traci Jones, et al. v. Jefferson County Board of Education, et al*.

In May 2020, a federal court ruled in favor of the plaintiffs in a Section 2 case in *NAACP et al. v. East Ramapo Central School District, NY,* based in part on my *Gingles* 1 testimony. In October 2020, the federal court adopted a consent decree plan I developed for elections to be held in February 2021.

3

In May and June of 2020, I served as a consultant to the City of Quincy, Florida –

the Defendant in a Section 2 lawsuit filed by two Anglo voters (*Baroody v. City of*

*Quincy*). The federal court for the Northern District of Florida ruled in favor of the

Defendants. The Plaintiffs voluntarily dismissed the case.

In the summer of 2020, I provided technical redistricting assistance to the City of

Chestertown, Maryland.

I am currently a redistricting consultant and expert for the plaintiffs in *Jayla Allen v.*

*Waller County, Texas.* I testified remotely at trial in October 2020.

Since 2011, I have served as a redistricting and demographic consultant to the

Massachusetts-based Prison Policy Initiative for a nationwide project to end prison-based

gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as

part of my work.

In 2018 (Utah) and again in 2020 (Arizona), I have provided technical assistance to

the Rural Utah Project for voter registration efforts on the Navajo Nation Reservation.

**Post-2010 Demographics Experience**

My trial testimony in Section 2 lawsuits usually includes presentations of U.S.

Census data with charts, tables, and/or maps to demonstrate socioeconomic disparities

between non-Hispanic Whites and racial or ethnic minorities.

I served as a demographic expert for plaintiffs in four state-level voting cases

related to the Covid-19 pandemic (South Carolina, Alabama, and Louisiana) and state

court in North Carolina.

I have also served as an expert witness on demographics in non-voting trials. For

example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (Case

no.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale,

Ala.,  the court made extensive reference to my testimony.

I provide technical demographic and mapping assistance to the Food Research and Action Center (FRAC) in Washington D.C and their constituent organizations around the country. Most of my work with FRAC involves the Summer Food Program and Child and Adult Care Food Program. Both programs provide nutritional assistance to school-age children who are eligible for free and reduced price meals. As part of this project, I developed an online interactive map to determine site eligibility for the two programs that has been in continuous use by community organizations and school districts around the country since 2003.  The map is updated annually with new data from a Special Tabulation of the American Community Survey prepared by the U.S. Census Bureau for the Food and Nutrition Service of the U.S. Department of Agriculture.

**<u>Historical Redistricting Experience</u>**

In the 1980s and 1990s, I developed voting plans in about 400 state and local jurisdictions – primarily in the South and Rocky Mountain West.  During the 2000s and 2010s, I prepared draft election plans involving about 350 state and local jurisdictions in 25 states. Most of these plans were prepared at the request of local citizens' groups, national organizations such as the NAACP, tribal governments, and for Section 2 or Section 5 litigation.

Election plans I developed for governments in two counties – Sussex County, Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006.

In August 2005, a federal court ordered the State of South Dakota to remedy a

Section 2 voting rights violation and adopt a state legislative plan I developed (*Bone Shirt v. Hazeltine*).

A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Montezuma- Cortez School District in Colorado were adopted in 2009.

Since 1986, I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses). I also filed declarations and was deposed in most of these cases.

**Alabama**
*Chestnut v  Merrill (2019)*
*Alabama State Conference of the NAACP v. Alabama (2018)*
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Florida**
*Baroody v. City of Quincy (2020)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Terrebonne Parish NAACP v. Jindal, et al. (2017)*
*Wilson v. Town of St. Francisville (1996)*
*Reno v. Bossier Parish (1995*)
*Knight v. McKeithen (1994)*

December 31, 2021

**Maryland**
*Cane v. Worcester County (1994*

**Mississippi**

*Thomas v. Bryant (2019)*
*Fairley v. Hattiesburg (2014)*
*Boddie v. Cleveland School District (2010)*
*Fairley v. Hattiesburg (2008)*
*Boddie v. Cleveland  (2003)*
*Jamison v. City of Tupelo (2006)*
*Smith v. Clark (2002)*
*NAACP v. Fordice (1999)*
*Addy v Newton County (1995)*
*Ewing v. Monroe County (1995)*
*Gunn v. Chickasaw County  (1995)*
*Nichols v. Okolona (1995)*

**Montana**
*Old Person v. Brown (on remand) (2001)*
*Old Person v. Cooney (1998)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

***New York***
*NAACP v. East Ramapo Central School District (2020)*
*Pope v. County of Albany (2015)*
*Arbor Hills Concerned Citizens v. Albany County (2003)*

**Ohio**
*A. Philip Randolph Institute, et al. v. Ryan (2019)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

*Texas*
*Jayla Allen v. Waller County, Texas*

*Utah*
*Navajo Nation v. San Juan County (2017),*brief testimony –11 declarations, 2 depositions

**Virginia**
*Smith v. Brunswick County (1991)*
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*

*Wyoming*
*Large v. Fremont County (2007)*

In addition, I have filed expert declarations or been deposed in the following

cases that did not require trial testimony. The dates listed indicate the deposition date or

date of last declaration or supplemental declaration:

**Alabama**
*Caster v. Merrill (2021)*
*People First of Alabama v. Merrill (2020),* Covid-19 demographics only
*Alabama State NAACP v. City of Pleasant Grove (2019)*
*James v. Jefferson County Board of Education (2019)*
*Voketz v. City of Decatur (2018)*

**Arkansas**
*Mays v. Thurston (2020)*-- Covid-19 demographics only)

**Connecticut**
*NAACP v. Merrill (2020)*

**Florida**
*Florida State Conference of the NAACP v. Lee, et al, (2021)*
*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

**Georgia**
*Dwight v. Kemp (2018)*
*Georgia NAACP et al. v. Gwinnett County, GA (2018*
*Georgia State Conference NAACP et al v. Georgia (2018)*
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*
*Knighton v. Dougherty County (2002)*

*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*Power Coalition for Equity and Justice v. Edwards (2020),* Covid-19 demographics only
*Johnson v. Ardoin (2019*
*NAACP v. St. Landry Parish Council (2005)*
*Prejean v. Foster (1998)*
*Rodney v. McKeithen (1993)*

**Maryland**
*Benisek v. Lamone (2017)*
*Fletcher  v. Lamone (2011)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Houston v. Lafayette County (2002)*
*Clark v. Calhoun County (on remand)(1993)*
*Teague v. Attala County (on remand)(1993)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**Rhode Island**
*Davidson v. City of Cranston (2015)*

**South Carolina**
*Thomas v. Andino (2020),* Covid-19 demographics only
*Vander Linden v. Campbell (1996*

**South Dakota**
*Kirkie v. Buffalo County (2004*
*Emery v. Hunt (1999)*

**Tennessee**

December 31, 2021

*NAACP v. Frost, et al. (2003)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Glatt v. City of Pasco (2016)*
*Montes v. City of Yakima (2014*

### # # #

# COOPER DECLARATION

# EXHIBIT B

**Exhibit B – Methodology and Sources**

1.      In the preparation of this report, I analyzed population and geographic data from the Decennial Census and the American Community Survey.

2.      For my redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

3.      The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2020 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.

4.      I used population data from the 2000-2020 PL 94-171 data files published by the U.S. Census Bureau.  The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting.  The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau) and census blocks.

5.      I obtained 2020 block-level disaggregated citizenship (2015-19 ACS data) from the Redistricting Data Hub.

6.      The attorneys for the plaintiffs provided me with incumbent addresses.

7.      For my analysis, I also relied on a shapefile for the 2021 Council Plan provided to me by the Plaintiffs' attorneys.

8.      I developed the illustrative plans presented in this report using *Maptitude for Redistricting*. The *Maptitude for Redistricting* software processes the TIGER files to produce a

map for display on a computer screen.  The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

9.    I also reviewed and used data from the American Community Survey ("ACS") conducted by the Census Bureau – specifically, the 1-year 2019 ACS, the 5-year 2015-2019 ACS, and the 5-year 2015-2019 ACS Special Tabulation of citizen population and voting age population  by race and ethnicity (prepared by the Census Bureau for the U.S. Department of Justice)  and  available from the link below:

https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

# # #

# COOPER DECLARATION

# EXHIBIT C-1

**Baltimore County 2020 Census**

VTDs/Precincts
Towns/Places

**% AP Black**
0.0% to 5.0%
5.0% to 20.0%
20.0% to 40.0%
40.0% to 60.0%
60.0% to 80.0%
80.0% to 100.0%

0    5    10
Miles

**Percent Any Part Black by VTD**

# COOPER DECLARATION

# EXHIBIT C-2

Case 1:21-cv-03232-JKB Document 38-2 Filed 04/01/22 Page 46 of 122

**Baltimore County Census Designated Places – 2020 Census**

| CDPs | Population | SR Black | NH SR Black | AP Black | % AP Black | Latino | % Latino | NH SR Asian | % NH SR Asian | NH White | % NH White | BIPOC | % BIPOC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arbutus | 21655 | 2613 | 2569 | 3078 | 14.2% | 1057 | 4.9% | 3093 | 14.3% | 13657 | 63.1% | 7998 | 36.9% |
| Baltimore Highla | 7740 | 1591 | 1550 | 1799 | 23.2% | 1999 | 25.8% | 300 | 3.9% | 3408 | 44.0% | 4332 | 56.0% |
| Bowleys Quarters | 6853 | 1256 | 1231 | 1391 | 20.3% | 233 | 3.4% | 106 | 1.5% | 4942 | 72.1% | 1911 | 27.9% |
| Carney | 29363 | 6579 | 6486 | 7185 | 24.5% | 1442 | 4.9% | 2125 | 7.2% | 17906 | 61.0% | 11457 | 39.0% |
| Catonsville | 44701 | 6727 | 6616 | 7693 | 17.2% | 2334 | 5.2% | 4122 | 9.2% | 29150 | 65.2% | 15551 | 34.8% |
| Cockeysville | 24184 | 4890 | 4812 | 5385 | 22.3% | 3290 | 13.6% | 2828 | 11.7% | 12167 | 50.3% | 12017 | 49.7% |
| Dundalk | 67796 | 9763 | 9523 | 11720 | 17.3% | 9645 | 14.2% | 1371 | 2.0% | 42558 | 62.8% | 25238 | 37.2% |
| Edgemere | 9069 | 370 | 368 | 460 | 5.1% | 245 | 2.7% | 55 | 0.6% | 7930 | 87.4% | 1139 | 12.6% |
| Essex | 40505 | 12812 | 12613 | 14073 | 34.7% | 3245 | 8.0% | 852 | 2.1% | 21129 | 52.2% | 19376 | 47.8% |
| Garrison | 9487 | 4105 | 4070 | 4323 | 45.6% | 395 | 4.2% | 413 | 4.4% | 4257 | 44.9% | 5230 | 55.1% |
| Hampton | 5180 | 116 | 114 | 168 | 3.2% | 134 | 2.6% | 324 | 6.3% | 4387 | 84.7% | 793 | 15.3% |
| Honeygo | 12927 | 1484 | 1463 | 1661 | 12.8% | 449 | 3.5% | 2107 | 16.3% | 8296 | 64.2% | 4631 | 35.8% |
| Kingsville | 4358 | 45 | 45 | 67 | 1.5% | 150 | 3.4% | 58 | 1.3% | 3957 | 90.8% | 401 | 9.2% |
| Lansdowne | 9004 | 2133 | 2098 | 2414 | 26.8% | 1870 | 20.8% | 373 | 4.1% | 4094 | 45.5% | 4910 | 54.5% |
| Lochearn | 25511 | 20634 | 20502 | 21346 | 83.7% | 1388 | 5.4% | 360 | 1.4% | 2272 | 8.9% | 23239 | 91.1% |
| Lutherville | 6835 | 266 | 262 | 376 | 5.5% | 332 | 4.9% | 678 | 9.9% | 5180 | 75.8% | 1655 | 24.2% |
| Mays Chapel | 12224 | 352 | 341 | 457 | 3.7% | 455 | 3.7% | 1693 | 13.8% | 9265 | 75.8% | 2959 | 24.2% |
| Middle River | 33203 | 10836 | 10704 | 11885 | 35.8% | 2856 | 8.6% | 1451 | 4.4% | 16202 | 48.8% | 17001 | 51.2% |
| Milford Mill | 30622 | 25564 | 25360 | 26439 | 86.3% | 1747 | 5.7% | 698 | 2.3% | 1696 | 5.5% | 28926 | 94.5% |
| Overlea | 12832 | 3519 | 3481 | 3839 | 29.9% | 726 | 5.7% | 613 | 4.8% | 7344 | 57.2% | 5488 | 42.8% |
| Owings Mills | 35674 | 21434 | 21214 | 22549 | 63.2% | 3463 | 9.7% | 2536 | 7.1% | 6940 | 19.5% | 28734 | 80.5% |
| Parkville | 31812 | 12101 | 11937 | 12964 | 40.8% | 2352 | 7.4% | 1167 | 3.7% | 14722 | 46.3% | 17090 | 53.7% |
| Perry Hall | 29409 | 4579 | 4528 | 5042 | 17.1% | 1105 | 3.8% | 3832 | 13.0% | 18554 | 63.1% | 10855 | 36.9% |
| Pikesville | 34168 | 6602 | 6511 | 7153 | 20.9% | 1560 | 4.6% | 1709 | 5.0% | 22986 | 67.3% | 11182 | 32.7% |
| Randallstown | 33655 | 27388 | 27152 | 28477 | 84.6% | 1213 | 3.6% | 658 | 2.0% | 3253 | 9.7% | 30402 | 90.3% |
| Reisterstown | 26822 | 9443 | 9295 | 10396 | 38.8% | 3894 | 14.5% | 2112 | 7.9% | 10076 | 37.6% | 16746 | 62.4% |
| Rosedale | 19961 | 7885 | 7833 | 8324 | 41.7% | 1737 | 8.7% | 1296 | 6.5% | 8181 | 41.0% | 11780 | 59.0% |
| Rossville | 16029 | 6821 | 6739 | 7226 | 45.1% | 1299 | 8.1% | 1723 | 10.7% | 5485 | 34.2% | 10544 | 65.8% |
| Timonium | 10458 | 530 | 521 | 637 | 6.1% | 521 | 5.0% | 1065 | 10.2% | 7978 | 76.3% | 2480 | 23.7% |
| Towson | 59553 | 10448 | 10218 | 11592 | 19.5% | 3263 | 5.5% | 3760 | 6.3% | 39503 | 66.3% | 20050 | 33.7% |
| White Marsh | 10287 | 1565 | 1547 | 1755 | 17.1% | 449 | 4.4% | 1523 | 14.8% | 6298 | 61.2% | 3989 | 38.8% |
| Woodlawn | 39986 | 22533 | 22339 | 23591 | 59.0% | 3459 | 8.7% | 6190 | 15.5% | 6235 | 15.6% | 33751 | 84.4% |
| County Remainder | 92672 | 8809 | 8682 | 9895 | 10.7% | 3185 | 3.4% | 3510 | 3.8% | 73255 | 79.0% | 19417 | 21.0% |

Source: 2020 Census PL94-171 file

| | over 38.8% AP Black (plurality-Black) | | under 50% NH Whtie | | over 50% BIPOC |
|---|---|---|---|---|---|

# COOPER DECLARATION

# EXHIBIT D-1

**Adopted 2021 Plan**

VTDs/Precincts

Towns/Places

0    4    8

Miles

**Baltimore County**

# COOPER DECLARATION

# EXHIBIT D-2

**Adopted 2021 Plan**

VTDs/Precincts

Towns/Places

0 .75 1.5

Miles

**Baltimore County**



**Adopted 2021 Plan**

VTDs/Precincts
Towns/Places

0          2.5          5

Miles

**Baltimore County**



Pleasant Hills

Joppatowne

Kingsville

Edgewood

Hampton

Towson

Carney

JOPPARD

Perry Hall

White Marsh

Parkville

Overlea

Rossville

Bowleys Quarters

Rosedale

Essex

Middle River

**Adopted 2021 Plan**

VTDs/Precincts

Towns/Places

0          1.5          3

Miles

**Baltimore County**

©2019 CALIPER; ©2018 HERE

Lutherville
Hampton
**3**
Pine Ridge
147
1

Riderwood Hills
146
695
Campus Hills
567
Harford Farms
Perry Hall
1

Chestnut Hill
45  146
Coventry
Carney
Darleigh Manor
**5**

Marlywood
Burnbrae
Baynesville
Joppa Manor
Oak Summit

139
Towson Estates
Ridgeleigh
Woodcroft
JOPPA RD

Towson
Knettishall
Fellowship Forest
Loch Raven Village
Glenside Park

Yorkleigh
Glenmont
**6**
Parkville
Ridge Grove
White Marsh

139
Yorktown
Stoneleigh
Glendale
Putty Hill
43

Woodbrook
Annslie
Idlewylde
542
Harford Park
Parktowne
Fullerton
7

Pinehurst
542
Woodhome Heights
Overlea
695
95  95
Nottingham

Cedarcroft
Govanstown
41
NORTHERN PKWY
Linhigh
Rossville
Poplar

Homeland
Ramblewood
FLEETWOOD
Elmwood
695
40

Kenilworth Park
Hamilton
147
Belgravia
588
Kenwood
Victory Villa
700

Evergreen
Reservoir
COLD SPRING LN
Lauraville
Belmar
1
Golden Ring
Middle River

Guilford
Baltimore
147
Montebello Park
Lutz Hill
7  700
Essex

45
Lk Montebello
Gardenville
Rosedale
Back River Highlands
Baltimore County

Waverly
Herring Run
40
Chesaco Park

83
25
Jones Fls
1
40T
151
895
7

**Adopted 2021 Plan**
VTDs/Precincts
Towns/Places
0    .75    1.5
Miles

©2019 CALIPER ©2018 HERE



# COOPER DECLARATION

# EXHIBIT D-3

## Population Summary Report (2020 Census)
### Baltimore County Council -- Adopted 2021 Plan

| District | Adusted Population | Deviation | % Deviation | 2020 Population | Any Part Black | % Any Part Black | Single-race Black | % Single-race Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 122391 | 9 | 0.01% | 122074 | 37817 | 30.98% | 34867 | 28.56% | 10608 | 8.69% | 56432 | 46.23% |
| 2 | 118343 | -4039 | -3.30% | 118145 | 38339 | 32.45% | 35724 | 30.24% | 9130 | 7.73% | 62471 | 52.88% |
| 3 | 119477 | -2905 | -2.37% | 119377 | 10852 | 9.09% | 9409 | 7.88% | 6739 | 5.65% | 89367 | 74.86% |
| 4 | 119487 | -2895 | -2.37% | 119068 | 90626 | 76.11% | 87072 | 73.13% | 6259 | 5.26% | 17106 | 14.37% |
| 5 | 121237 | -1145 | -0.94% | 121023 | 26367 | 21.79% | 23971 | 19.81% | 6079 | 5.02% | 74595 | 61.64% |
| 6 | 128310 | 5928 | 4.84% | 127988 | 42693 | 33.36% | 39674 | 31.00% | 8724 | 6.82% | 65893 | 51.48% |
| 7 | 127428 | 5046 | 4.12% | 126860 | 28666 | 22.60% | 25076 | 19.77% | 13953 | 11.00% | 77399 | 61.01% |
| Total | 856673 | | 8.14% | 854535 | 275360 | 32.22% | 255793 | 29.93% | 61492 | 7.20% | 443263 | 51.87% |

| District | 18+_Pop | 18+_ AP Black | % 18+_AP Black | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+_NH AP Asian | _NH AP Asian | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 95419 | 28350 | 29.71% | 27868 | 29.21% | 6952 | 7.29% | 11490 | 12.04% | 47230 | 49.50% |
| 2 | 91675 | 28588 | 31.18% | 28110 | 30.66% | 5961 | 6.50% | 5455 | 5.95% | 50929 | 55.55% |
| 3 | 94192 | 7619 | 8.09% | 7369 | 7.82% | 4399 | 4.67% | 7531 | 8.00% | 73077 | 77.58% |
| 4 | 93489 | 69875 | 74.74% | 69062 | 73.87% | 4261 | 4.56% | 4070 | 4.35% | 15244 | 16.31% |
| 5 | 94526 | 17745 | 18.77% | 17382 | 18.39% | 3872 | 4.10% | 8699 | 9.20% | 62501 | 66.12% |
| 6 | 102680 | 32038 | 31.20% | 31383 | 30.56% | 6121 | 5.96% | 7274 | 7.08% | 56173 | 54.71% |
| 7 | 97530 | 19232 | 19.72% | 18639 | 19.11% | 8623 | 8.84% | 2380 | 2.44% | 64412 | 66.04% |
| Total | 669511 | 203447 | 30.39% | 199813 | 29.84% | 40189 | 6.00% | 46899 | 7.00% | 369566 | 55.20% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % NH Single-Race Asian CVAP* |
|---|---|---|---|
| 1 | 40.24% | 2.38% | 9.50% |
| 2 | 40.01% | 3.43% | 5.47% |
| 3 | 9.95% | 2.70% | 8.07% |
| 4* | 96.09% | 1.77% | 4.40% |
| 5 | 21.04% | 1.88% | 9.15% |
| 6 | 36.60% | 3.75% | 5.93% |
| 7 | 26.09% | 3.06% | 2.10% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2019/

* Apparent over-estimate of Black CVAP in disaggregated data

# COOPER DECLARATION

# EXHIBIT E-1

Proposed Plan 1

VTDs/Precincts
Towns/Places

0        3        6
Miles

Baltimore County

# COOPER DECLARATION

# EXHIBIT E-2

**Proposed Plan 1**

VTDs/Precincts

Towns/Places

0    1    2

Miles

**Baltimore County**



Proposed Plan 1
VTDs/Precincts
Towns/Places

0    .75    1.5
Miles

Baltimore County

**Proposed Plan 1**

VTDs/Precincts

Towns/Places

0    2    4

Miles

Baltimore County





**Proposed Plan 1**

VTDs/Precincts

Towns/Places

0    1.5    3

Miles

**Baltimore County**

©2019 CALIPER, ©2018 HERE

Hampton

Pine Ridge

147

5

Germantown

Forge Heights

567

Harford Farms

Perry Hall

1

Campus Hills

JOPPA RD

Coventry

Baynesville

Carney

1

Towson Estates

Ridgeleigh

Joppa Manor

JOPPA RD

Darleigh Manor

2

Towson

Woodcroft

Oak Summit

Necker

7

Loch Raven Village

Glenside Park

White Marsh

White Marsh Station

Glenmont

Parkville

Ridge Grove

WHITE MARSH BLVD

White Marsh

40

Glendale

Hillendale

542

Harford Park

Putty Hill

Idlewylde

542

Parktowne

Fullerton

White Marsh Run

43

Woodhome Heights

41

NORTHERN PKWY

Overlea

6

95

Nottingham

Ramblewood

FLEETWOOD AV

695

Linhigh

Rossville

Hamilton

147

Elmwood

Poplar

Belgravia

40

Maple Crest

COLD SPRING LN

Lauraville

Belmar

695

Glenmar Manor

Bengies

Montebello Park

1

588

Kenwood

Victory Villa

Baltimore

Golden Ring

700

Ballard Gardens

150

Reservoir

147

Gardenville

Lutz Hill

Middle River

Lk Montebello

95

Stemmers Run

Herring Run

Rosedale

Middlesex

702

Essex

ERDMAN AV

SINCLAIR LN

MORAVIA RD

1

702

40T

40

7

Chesaco Park

7

Josenhans

151

395

©2019 CALIPER; ©2018 HERE

**Proposed Plan 1**

☐ VTDs/Precincts

- - - Towns/Places

0      .5      1

Miles

**Baltimore County**



Proposed Plan 1

Baltimore County

# COOPER DECLARATION

# EXHIBIT E-3

## Population Summary Report (2020 Census) -- 2020 VTD level
### Baltimore County Council  --Proposed Plan 1

| District | Adusted Population | Deviation | % Deviation | 2020 Population | Any Part Black | % Any Part Black | Single-race Black | % Single-race Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 123487 | 1105 | 0.90% | 123009 | 68644 | 55.80% | 65339 | 53.12% | 10483 | 8.52% | 34980 | 28.44% |
| 2 | 124871 | 2489 | 2.03% | 124715 | 31347 | 25.13% | 28793 | 23.09% | 9454 | 7.58% | 74540 | 59.77% |
| 3 | 119713 | -2669 | -2.18% | 119607 | 16189 | 13.54% | 14395 | 12.04% | 7759 | 6.49% | 83008 | 69.40% |
| 4 | 118817 | -3565 | -2.91% | 118532 | 65331 | 55.12% | 62103 | 52.39% | 6136 | 5.18% | 34587 | 29.18% |
| 5 | 124615 | 2233 | 1.82% | 124450 | 19281 | 15.49% | 17227 | 13.84% | 5077 | 4.08% | 86205 | 69.27% |
| 6 | 120554 | -1828 | -1.49% | 120152 | 47755 | 39.75% | 44544 | 37.07% | 8873 | 7.38% | 53230 | 44.30% |
| 7 | 124616 | 2234 | 1.83% | 124070 | 26813 | 21.61% | 23392 | 18.85% | 13710 | 11.05% | 76713 | 61.83% |
| Total | 856673 | | 4.94% | 854535 | 275360 | 32.22% | 255793 | 29.93% | 61492 | 7.20% | 443263 | 51.87% |

| District | 18+_Pop | 18+_ AP Black | % 18+_AP Black | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+_NH AP Asian | _NH AP Asian | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 95862 | 52561 | 54.83% | 51965 | 54.21% | 6802 | 7.10% | 5958 | 6.22% | 29763 | 31.05% |
| 2 | 98207 | 23825 | 24.26% | 23291 | 23.72% | 6386 | 6.50% | 6269 | 6.38% | 60919 | 62.03% |
| 3 | 94362 | 11667 | 12.36% | 11336 | 12.01% | 5076 | 5.38% | 7979 | 8.46% | 68290 | 72.37% |
| 4 | 93414 | 50349 | 53.90% | 49639 | 53.14% | 4235 | 4.53% | 8984 | 9.62% | 29294 | 31.36% |
| 5 | 99050 | 13366 | 13.49% | 13030 | 13.15% | 3370 | 3.40% | 8536 | 8.62% | 71960 | 72.65% |
| 6 | 92918 | 33545 | 36.10% | 32967 | 35.48% | 5864 | 6.31% | 6780 | 7.30% | 45489 | 48.96% |
| 7 | 95698 | 18134 | 18.95% | 17585 | 18.38% | 8456 | 8.84% | 2393 | 2.50% | 63851 | 66.72% |
| Total | 669511 | 203447 | 30.39% | 199813 | 29.84% | 40189 | 6.00% | 46899 | 7.00% | 369566 | 55.20% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % NH Single-Race Asian CVAP* |
|---|---|---|---|
| 1 | 71.08% | 2.37% | 5.16% |
| 2 | 29.25% | 3.85% | 5.67% |
| 3 | 16.07% | 2.74% | 8.75% |
| 4 | 71.18% | 1.80% | 8.02% |
| 5 | 15.10% | 1.86% | 7.70% |
| 6 | 45.30% | 3.37% | 6.97% |
| 7 | 24.77% | 3.10% | 2.19% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2019/

# COOPER DECLARATION

# EXHIBIT F-1



**Proposed Plan 5**

VTDs/Precincts

Towns/Places

0    3    6

Miles

**Baltimore County**

# COOPER DECLARATION

# EXHIBIT F-2



**Proposed Plan 5**

VTDs/Precincts

Towns/Places

0    75    1.5

Miles

**Baltimore County**

©2019 CALIPER; ©2018 HERE



Proposed Plan 5

Baltimore County

**Proposed Plan 5**

VTDs/Precincts

Towns/Places

0        2        4

Miles

**Baltimore County**

©2019 CALIPER, ©2018 HERE

**Proposed Plan 5**

VTDs/Precincts
Towns/Places

0    1.5    3

Miles

**Baltimore County**

©2019 CALIPER; ©2019 HERE



**Proposed Plan 5**

VTDs/Precincts
Towns/Places

0    1    2
Miles

**Baltimore County**

©2019 CALIPER; ©2018 HERE



Proposed Plan 5

Baltimore County



**Proposed Plan 5**

VTDs/Precincts
Towns/Places

0   1   2
Miles

**Baltimore County**

©2019 CALIPER; ©2018 HERE

# COOPER DECLARATION

# EXHIBIT F-3

## Population Summary Report (2020 Census) -- 2020 VTD level
### Baltimore County Council  --Proposed Plan 5

| District | Adusted Population | Deviation | % Deviation | 2020 Population | Any Part Black | % Any Part Black | Single-race Black | % Single-race Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 117582 | -4800 | -3.92% | 117299 | 33828 | 28.84% | 31030 | 26.45% | 10029 | 8.55% | 56411 | 48.09% |
| 2 | 118013 | -4369 | -3.57% | 117653 | 65481 | 55.66% | 62722 | 53.31% | 6945 | 5.90% | 39418 | 33.50% |
| 3 | 124905 | 2523 | 2.06% | 124772 | 14761 | 11.83% | 13100 | 10.50% | 7049 | 5.65% | 91229 | 73.12% |
| 4 | 116414 | -5968 | -4.88% | 116127 | 67261 | 57.92% | 63757 | 54.90% | 8811 | 7.59% | 33180 | 28.57% |
| 5 | 127792 | 5410 | 4.42% | 127490 | 33170 | 26.02% | 30317 | 23.78% | 7578 | 5.94% | 72163 | 56.60% |
| 6 | 123477 | 1095 | 0.89% | 123256 | 29228 | 23.71% | 26686 | 21.65% | 7128 | 5.78% | 76014 | 61.67% |
| 7 | 128490 | 6108 | 4.99% | 127938 | 31631 | 24.72% | 28181 | 22.03% | 13952 | 10.91% | 74848 | 58.50% |
| **Total** | **856673** | | **9.87%** | 854535 | 275360 | 32.22% | 255793 | 29.93% | 61492 | 7.20% | 443263 | 51.87% |

| District | 18+_Pop | 18+_ AP Black | % 18+_AP Black | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+_NH AP Asian | _NH AP Asian | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 91822 | 25366 | 27.63% | 24900 | 27.12% | 6565 | 7.15% | 11315 | 12.32% | 47183 | 51.39% |
| 2 | 91368 | 50253 | 55.00% | 49691 | 54.39% | 4627 | 5.06% | 4035 | 4.42% | 31991 | 35.01% |
| 3 | 98770 | 10069 | 10.19% | 9789 | 9.91% | 4584 | 4.64% | 7128 | 7.22% | 75332 | 76.27% |
| 4 | 91106 | 51045 | 56.03% | 50314 | 55.23% | 5861 | 6.43% | 5198 | 5.71% | 28747 | 31.55% |
| 5 | 98805 | 22697 | 22.97% | 22241 | 22.51% | 4810 | 4.87% | 8994 | 9.10% | 60384 | 61.11% |
| 6 | 98894 | 22138 | 22.39% | 21584 | 21.83% | 5047 | 5.10% | 7213 | 7.29% | 63497 | 64.21% |
| 7 | 98746 | 21879 | 22.16% | 21294 | 21.56% | 8695 | 8.81% | 3016 | 3.05% | 62432 | 63.22% |
| **Total** | **669511** | **203447** | **30.39%** | 199813 | 29.84% | 40189 | 6.00% | 46899 | 7.00% | 369566 | 55.20% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % NH Single-Race Asian CVAP* |
|---|---|---|---|
| 1 | 37.53% | 2.47% | 9.73% |
| 2 | 69.41% | 2.40% | 4.78% |
| 3 | 12.82% | 2.68% | 7.55% |
| 4 | 72.78% | 2.71% | 4.91% |
| 5 | 26.33% | 2.70% | 8.75% |
| 6 | 24.90% | 3.18% | 6.29% |
| 7 | 29.88% | 2.88% | 2.62% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2019/

# COOPER DECLARATION

# EXHIBIT G-1

# Selected Socio-Economic Data

## Baltimore County, Maryland

**Any Part African American vis-à-vis NH White**

**Data Set: 2019 American Community Survey 1-Year Estimates**

28-Dec-21

## Population by Age

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Veterans in the Civilian Population 18 Years and Over**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Speak English Less than "Very Well" (Population 5 Years and Over)

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Median Household Income in the Past 12 Months**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Family Households Below Poverty in the Past 12 Months**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Baltimore County, Maryland



With related children under 18 years below poverty

Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Population Below Poverty in the Past 12 Months

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**No Vehicles Available by Household**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## More than One Person per Room (Crowding) by Household

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Baltimore County, Maryland



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Computers and Internet Use**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Households with Householder Living Alone**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Female-Headed Households with Children Under 18 (As a Percentage of all Households)**

**Baltimore County, Maryland**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

# COOPER DECLARATION

# EXHIBIT G-2

Case 1:21-cv-03232-JKG   Document 28-2   Filed 01/19/22   Page 113 of 122

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 827,370 | 261,367 | 460,086 |
| One race | 97.3% | 95.0% | 100.0% |
| Two races | 2.5% | 4.4% | (X) |
| Three races | 0.2% | 0.5% | (X) |
| Four or more races | 0.0% | 0.0% | (X) |
| **SEX AND AGE** | | | |
| Total population | 827,370 | 261,367 | 460,086 |
| Male | 47.4% | 45.0% | 47.9% |
| Female | 52.6% | 55.0% | 52.1% |
| Under 5 years | 5.9% | 7.0% | 4.6% |
| 5 to 17 years | 15.7% | 19.1% | 12.5% |
| 18 to 24 years | 8.7% | 10.0% | 7.8% |
| 25 to 34 years | 13.6% | 15.2% | 12.2% |
| 35 to 44 years | 12.4% | 13.1% | 11.2% |
| 45 to 54 years | 12.4% | 12.9% | 12.3% |
| 55 to 64 years | 13.7% | 11.3% | 16.2% |
| 65 to 74 years | 9.9% | 7.3% | 12.5% |
| 75 years and over | 7.6% | 4.2% | 10.7% |
| Median age (years) | 39.5 | 34.3 | 46.7 |
| 18 years and over | 78.4% | 73.9% | 82.9% |
| 21 years and over | 74.2% | 68.8% | 79.4% |
| 62 years and over | 22.1% | 14.9% | 28.7% |
| 65 years and over | 17.5% | 11.4% | 23.2% |
| Under 18 years | 179,007 | 68,110 | 78,766 |
| Male | 51.3% | 49.7% | 51.4% |
| Female | 48.7% | 50.3% | 48.6% |
| **18 years and over** | **648,363** | **193,257** | **381,320** |
| Male | 46.4% | 43.4% | 47.2% |
| Female | 53.6% | 56.6% | 52.8% |
| 18 to 34 years | 184,800 | 65,858 | 92,223 |
| Male | 48.9% | 47.2% | 49.6% |
| Female | 51.1% | 52.8% | 50.4% |
| 35 to 64 years | 318,604 | 97,573 | 182,525 |
| Male | 46.9% | 42.6% | 48.5% |
| Female | 53.1% | 57.4% | 51.5% |

Case 1:21-cv-03232-JKG Document 28-2 Filed 01/19/22 Page 114 of 122

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **65 years and over** | **144,959** | **29,826** | **106,572** |
| Male | 42.1% | 37.6% | 43.0% |
| Female | 57.9% | 62.4% | 57.0% |
| **RELATIONSHIP** | | | |
| Population in households | 806,877 | 253,350 | 449,149 |
| Householder or spouse | 55.8% | 47.3% | 62.6% |
| Unmarried partner | 2.4% | 2.9% | 2.3% |
| Child | 29.1% | 33.9% | 24.8% |
| Other relatives | 9.6% | 12.9% | 7.0% |
| Other nonrelatives | 3.1% | 3.1% | 3.3% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 312,466 | 91,767 | 189,875 |
| Family households | 63.5% | 63.7% | 61.9% |
| With own children of the householder under 18 years | 24.1% | 26.1% | 20.6% |
| Married-couple family | 44.2% | 30.9% | 48.4% |
| With own children of the householder under 18 years | 16.0% | 12.0% | 15.4% |
| Female householder, no spouse present, family | 14.2% | 26.1% | 9.2% |
| With own children of the householder under 18 years | 6.0% | 10.9% | 3.7% |
| Nonfamily households | 36.5% | 36.3% | 38.1% |
| Male householder | 14.7% | 13.4% | 15.7% |
| Living alone | 11.5% | 10.8% | 12.0% |
| Not living alone | 3.3% | 2.7% | 3.7% |
| Female householder | 21.8% | 22.9% | 22.4% |
| Living alone | 19.2% | 19.9% | 20.2% |
| Not living alone | 2.6% | 2.9% | 2.2% |
| Average household size | 2.58 | 2.71 | 2.43 |
| Average family size | 3.27 | 3.44 | 3.09 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 678,240 | 204,798 | 395,508 |
| Now married, except separated | 45.6% | 31.0% | 50.8% |
| Widowed | 6.5% | 4.5% | 8.4% |
| Divorced | 10.3% | 12.8% | 9.9% |
| Separated | 1.8% | 2.3% | 1.6% |
| Never married | 35.9% | 49.4% | 29.4% |
| Male 15 years and over | 316,840 | 89,657 | 187,489 |
| Now married, except separated | 49.4% | 36.6% | 53.7% |

Case 1:21-cv-03232-JKG   Document 28-2   Filed 01/19/22   Page 115 of 122

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Widowed | 2.8% | 2.5% | 3.2% |
| Divorced | 8.5% | 11.6% | 8.1% |
| Separated | 1.4% | 1.3% | 1.4% |
| Never married | 37.9% | 47.8% | 33.6% |
| Female 15 years and over | 361,400 | 115,141 | 208,019 |
| Now married, except separated | 42.3% | 26.6% | 48.2% |
| Widowed | 9.7% | 6.0% | 13.0% |
| Divorced | 11.8% | 13.8% | 11.5% |
| Separated | 2.1% | 3.0% | 1.7% |
| Never married | 34.1% | 50.6% | 25.6% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 208,441 | 78,032 | 95,738 |
| Nursery school, preschool | 6.6% | 4.9% | 7.6% |
| Kindergarten | 4.3% | 4.9% | 3.7% |
| Elementary school (grades 1-8) | 38.9% | 38.2% | 37.9% |
| High school (grades 9-12) | 17.9% | 18.3% | 17.8% |
| College or graduate school | 32.2% | 33.8% | 33.0% |
| Male 3 years and over enrolled in school | 100,815 | 36,318 | 47,497 |
| Percent enrolled in kindergarten to grade 12 | 65.6% | 68.5% | 61.3% |
| Percent enrolled in college or graduate school | 27.1% | 25.6% | 30.8% |
| Female 3 years and over enrolled in school | 107,626 | 41,714 | 48,241 |
| Percent enrolled in kindergarten to grade 12 | 57.1% | 55.0% | 57.6% |
| Percent enrolled in college or graduate school | 37.0% | 41.0% | 35.1% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 575,977 | 167,029 | 345,288 |
| Less than high school diploma | 7.9% | 7.5% | 6.6% |
| High school graduate (includes equivalency) | 25.5% | 26.7% | 25.5% |
| Some college or associate's degree | 25.8% | 32.4% | 24.0% |
| Bachelor's degree | 23.3% | 19.9% | 24.9% |
| Graduate or professional degree | 17.5% | 13.5% | 18.9% |
| High school graduate or higher | 92.1% | 92.5% | 93.4% |
| Male, high school graduate or higher | 92.2% | 93.9% | 92.9% |
| Female, high school graduate or higher | 91.9% | 91.4% | 93.8% |
| Bachelor's degree or higher | 40.8% | 33.4% | 43.8% |
| Male, bachelor's degree or higher | 40.5% | 28.8% | 45.0% |
| Female, bachelor's degree or higher | 41.1% | 36.8% | 42.8% |

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **FERTILITY** | | | |
| Women 15 to 50 years | 195,610 | 72,420 | 95,958 |
| Women 15 to 50 years who had a birth in the past 12 months | 8,212 | 3,247 | 3,829 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 1,986 | 1,393 | 559 |
| As a percent of all women with a birth in the past 12 months | 24.2% | 42.9% | 14.6% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 520,238 | 146,374 | 317,956 |
| Grandparents living with grandchild(ren) | 3.3% | 4.0% | 2.6% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 31.9% | 36.4% | 28.4% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 647,940 | 193,154 | 381,000 |
| Civilian veteran | 5.8% | 6.0% | 6.3% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 819,674 | 258,066 | 455,897 |
| With a disability | 11.8% | 10.5% | 13.6% |
| Civilian noninstitutionalized population under 18 years | 178,467 | 67,801 | 78,542 |
| With a disability | 4.1% | 4.9% | 4.3% |
| Civilian noninstitutionalized population 18 to 64 years | 500,487 | 161,422 | 273,891 |
| With a disability | 9.0% | 9.0% | 9.5% |
| Civilian noninstitutionalized population 65 years and older | 140,720 | 28,843 | 103,464 |
| With a disability | 31.2% | 31.9% | 31.4% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 818,209 | 257,779 | 456,256 |
| Same house | 88.6% | 86.6% | 90.9% |
| Different house in the U.S. | 10.8% | 12.0% | 8.9% |
| Same county | 5.5% | 5.6% | 4.4% |
| Different county | 5.3% | 6.4% | 4.6% |
| Same state | 4.2% | 5.1% | 3.5% |
| Different state | 1.1% | 1.3% | 1.1% |
| Abroad | 0.6% | 1.4% | 0.2% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 721,658 | 228,995 | 441,451 |
| Male | 47.5% | 45.2% | 48.0% |
| Female | 52.5% | 54.8% | 52.0% |
| Foreign born | 105,712 | 32,372 | 18,635 |
| Male | 46.7% | 43.6% | 45.0% |

Case 1:21-cv-03232-JKC   Document 28-2   Filed 01/19/22   Page 117 of 122

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Female | 53.3% | 56.4% | 55.0% |
| Foreign born; naturalized U.S. citizen | 58,924 | 16,805 | 12,961 |
| Male | 47.3% | 45.9% | 45.2% |
| Female | 52.7% | 54.1% | 54.8% |
| Foreign born; not a U.S. citizen | 46,788 | 15,567 | 5,674 |
| Male | 46.0% | 41.0% | 44.6% |
| Female | 54.0% | 59.0% | 55.4% |
| Population born outside the United States | 105,712 | 32,372 | 18,635 |
| Entered 2010 or later | 36.6% | 46.4% | 17.5% |
| Entered 2000 to 2009 | 25.5% | 26.1% | 15.1% |
| Entered before 2000 | 37.9% | 27.4% | 67.4% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 105,712 | 32,372 | 18,635 |
| Europe | 11.4% | N | 54.9% |
| Asia | 39.0% | N | 19.8% |
| Africa | 25.5% | N | 8.6% |
| Oceania | 0.0% | N | 0.2% |
| Latin America | 22.9% | N | 10.1% |
| Northern America | 1.2% | N | 6.4% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 778,496 | 243,114 | 438,944 |
| English only | 84.4% | 87.3% | 94.1% |
| Language other than English | 15.6% | 12.7% | 5.9% |
| Speak English less than "very well" | 5.1% | 2.8% | 2.0% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 667,977 | 201,064 | 390,452 |
| In labor force | 66.9% | 71.8% | 63.4% |
| Civilian labor force | 66.8% | 71.8% | 63.4% |
| Employed | 64.0% | 67.3% | 61.3% |
| Unemployed | 2.8% | 4.4% | 2.1% |
| Unemployment Rate | 4.2% | 6.2% | 3.3% |
| Armed Forces | 0.1% | 0.1% | 0.1% |
| Not in labor force | 33.1% | 28.2% | 36.6% |
| Females 16 years and over | 356,755 | 113,149 | 205,905 |
| In labor force | 62.9% | 71.1% | 58.9% |
| Civilian labor force | 62.9% | 71.1% | 58.9% |

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Employed | 60.4% | 66.9% | 57.2% |
| Unemployed | 2.5% | 4.2% | 1.6% |
| Unemployment Rate | 3.9% | 5.9% | 2.8% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 420,281 | 131,664 | 236,500 |
| Car, truck, or van - drove alone | 79.4% | 73.9% | 82.3% |
| Car, truck, or van - carpooled | 8.5% | 9.6% | 7.7% |
| Public transportation (excluding taxicab) | 4.5% | 10.0% | 1.7% |
| Walked | 1.2% | 1.0% | 1.3% |
| Other means | 1.8% | 3.3% | 0.8% |
| Worked from home | 4.5% | 2.2% | 6.1% |
| Mean travel time to work (minutes) | 30.1 | 32.6 | 29.5 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 427,632 | 135,403 | 239,249 |
| Management, business, science, and arts occupations | 45.9% | 37.8% | 51.0% |
| Service occupations | 17.0% | 22.7% | 12.7% |
| Sales and office occupations | 20.4% | 20.5% | 21.0% |
| Natural resources, construction, and maintenance occupations | 5.9% | 3.9% | 6.6% |
| Production, transportation, and material moving occupations | 10.8% | 15.2% | 8.7% |
| Male civilian employed population 16 years and over | 212,114 | 59,674 | 121,431 |
| Management, business, science, and arts occupations | 41.3% | 28.2% | 48.2% |
| Service occupations | 15.6% | 22.9% | 10.5% |
| Sales and office occupations | 15.4% | 13.1% | 16.6% |
| Natural resources, construction, and maintenance occupations | 11.4% | 8.9% | 12.5% |
| Production, transportation, and material moving occupations | 16.4% | 26.9% | 12.2% |
| Female civilian employed population 16 years and over | 215,518 | 75,729 | 117,818 |
| Management, business, science, and arts occupations | 50.4% | 45.3% | 53.9% |
| Service occupations | 18.4% | 22.5% | 14.9% |
| Sales and office occupations | 25.2% | 26.3% | 25.5% |
| Natural resources, construction, and maintenance occupations | 0.6% | 0.0% | 0.6% |
| Production, transportation, and material moving occupations | 5.4% | 5.9% | 5.2% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 427,632 | 135,403 | 239,249 |
| Agriculture, forestry, fishing and hunting, and mining | 0.4% | 0.1% | 0.3% |
| Construction | 5.3% | 3.3% | 6.0% |
| Manufacturing | 4.9% | 3.1% | 5.8% |

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 2.3% | 0.9% | 3.4% |
| Retail trade | 9.5% | 9.7% | 9.8% |
| Transportation and warehousing, and utilities | 5.3% | 9.7% | 2.9% |
| Information | 1.4% | 1.1% | 1.7% |
| Finance and insurance, and real estate and rental and leasing | 7.5% | 6.3% | 8.9% |
| Professional, scientific, and management, and administrative and waste manageme | 13.1% | 10.5% | 14.1% |
| Educational services, and health care and social assistance | 27.8% | 31.8% | 26.6% |
| Arts, entertainment, and recreation, and accommodation and food services | 9.1% | 7.9% | 8.7% |
| Other services (except public administration) | 5.4% | 4.8% | 5.2% |
| Public administration | 8.0% | 10.7% | 6.6% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 427,632 | 135,403 | 239,249 |
| Private wage and salary workers | 76.3% | 70.4% | 78.8% |
| Government workers | 18.3% | 23.6% | 16.0% |
| Self-employed workers in own not incorporated business | 5.3% | 5.9% | 5.1% |
| Unpaid family workers | 0.1% | 0.1% | 0.1% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 312,466 | 91,767 | 189,875 |
| Median household income (dollars) | 77,358 | 67,020 | 85,929 |
| With earnings | 79.0% | 85.3% | 73.9% |
| Mean earnings (dollars) | 104,742 | 83,602 | 118,158 |
| With Social Security income | 32.6% | 25.3% | 38.9% |
| Mean Social Security income (dollars) | 20,191 | 15,415 | 21,880 |
| With Supplemental Security Income | 4.5% | 4.8% | 4.1% |
| Mean Supplemental Security Income (dollars) | 10,120 | 8,664 | 11,743 |
| With cash public assistance income | 1.8% | 2.9% | 1.2% |
| Mean cash public assistance income (dollars) | 3,242 | 1,053 | 6,009 |
| With retirement income | 28.2% | 26.3% | 32.2% |
| Mean retirement income (dollars) | 30,748 | 24,607 | 32,591 |
| With Food Stamp/SNAP benefits | 9.3% | 15.1% | 5.7% |
| Families | 198,368 | 58,447 | 117,544 |
| Median family income (dollars) | 96,502 | 75,768 | 111,325 |
| Married-couple family | 69.6% | 48.6% | 78.1% |
| Median income (dollars) | 116,775 | 103,689 | 126,323 |
| Male householder, no spouse present, family | 7.9% | 10.4% | 6.9% |
| Median income (dollars) | 70,266 | 71,207 | 73,206 |

Case 1:21-cv-03232-JKG   Document 28-2   Filed 01/19/22   Page 120 of 122

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 22.4% | 41.0% | 14.9% |
| Median income (dollars) | 60,156 | 58,596 | 63,102 |
| Individuals | 827,370 | 261,367 | 460,086 |
| Per capita income (dollars) | 41,370 | 30,975 | 49,339 |
| With earnings for full-time, year-round workers: | | | |
| Male | 169,664 | 47,769 | 98,247 |
| Female | 143,534 | 53,050 | 77,002 |
| Mean earnings (dollars)  for full-time, year-round workers: | | | |
| Male | 83,275 | 57,849 | 98,619 |
| Female | 65,384 | 58,879 | 68,300 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 60,516 | 47,299 | 69,499 |
| Female | 53,349 | 48,832 | 58,364 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 819,674 | 258,066 | 455,897 |
| With private health insurance | 74.7% | 71.7% | 79.4% |
| With public coverage | 34.6% | 33.0% | 35.3% |
| No health insurance coverage | 5.8% | 7.6% | 3.3% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 6.0% | 7.3% | 4.0% |
| With related children of the householder under 18 years | 9.8% | 11.4% | 6.5% |
| With related children of the householder under 5 years only | 7.1% | N | 8.1% |
| Married-couple family | 3.3% | 4.1% | 2.2% |
| With related children of the householder under 18 years | 3.9% | 6.0% | 1.7% |
| With related children of the householder under 5 years only | N | N | N |
| Female householder, no spouse present, family | 12.6% | 11.1% | 11.7% |
| With related children of the householder under 18 years | 19.3% | 16.0% | 19.9% |
| With related children of the householder under 5 years only | 21.2% | N | 33.9% |
| All people | 8.9% | 10.2% | 7.3% |
| Under 18 years | 10.6% | 11.9% | 6.2% |
| Related children of the householder under 18 years | 10.3% | 11.6% | 5.9% |
| Related children of the householder under 5 years | 8.4% | 6.7% | 8.3% |
| Related children of the householder 5 to 17 years | 11.1% | 13.4% | 5.0% |
| 18 years and over | 8.5% | 9.6% | 7.5% |
| 18 to 64 years | 8.3% | 9.5% | 7.3% |
| 65 years and over | 9.0% | 10.1% | 8.1% |

Case 1:21-cv-03232-JKG   Document 28-2   Filed 01/19/22   Page 121 of 122

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| People in families | 6.2% | 8.1% | 3.7% |
| Unrelated individuals 15 years and over | 20.0% | 19.3% | 20.3% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| Owner-occupied housing units | 65.6% | 45.5% | 76.4% |
| Renter-occupied housing units | 34.4% | 54.5% | 23.6% |
| Average household size of owner-occupied unit | 2.64 | 2.86 | 2.51 |
| Average household size of renter-occupied unit | 2.47 | 2.58 | 2.17 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| 1-unit, detached or attached | 70.1% | 58.6% | 75.9% |
| 2 to 4 units | 3.4% | 4.4% | 2.6% |
| 5 or more units | 25.8% | 36.8% | 20.7% |
| Mobile home, boat, RV, van, etc. | 0.6% | 0.2% | 0.8% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| Built 2014 or later | 2.7% | 3.5% | 2.2% |
| Built 2010 to 2013 | 1.5% | 1.2% | 1.5% |
| Built 2000 to 2009 | 8.4% | 9.7% | 7.2% |
| Built 1980 to 1999 | 27.7% | 29.8% | 27.0% |
| Built 1960 to 1979 | 25.7% | 28.7% | 23.4% |
| Built 1940 to 1959 | 26.1% | 22.1% | 29.0% |
| Built 1939 or earlier | 7.9% | 5.0% | 9.6% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| None | 8.0% | 12.3% | 5.9% |
| 1 or more | 92.0% | 87.7% | 94.1% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| Gas | 57.1% | 57.2% | 57.4% |
| Electricity | 34.1% | 39.0% | 31.1% |
| All other fuels | 8.2% | 2.9% | 11.2% |
| No fuel used | 0.5% | 0.9% | 0.3% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 312,466 | 91,767 | 189,875 |
| No telephone service available | 1.1% | 1.8% | 0.8% |

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| 1.01 or more occupants per room | 1.7% | 2.4% | 0.3% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 138,414 | 35,175 | 89,785 |
| Less than 30 percent | 73.4% | 65.9% | 77.6% |
| 30 percent or more | 26.6% | 34.1% | 22.4% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 204,824 | 41,757 | 145,113 |
| Median value (dollars) | 274,600 | 236,100 | 287,800 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,768 | 1,651 | 1,817 |
| Median selected monthly owner costs without a mortgage (dollars) | 583 | 539 | 586 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 103,065 | 48,577 | 42,488 |
| Less than 30 percent | 52.1% | 52.5% | 52.6% |
| 30 percent or more | 47.9% | 47.5% | 47.4% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 104,618 | 49,198 | 43,273 |
| Median gross rent (dollars) | 1,326 | 1,304 | 1,368 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 312,466 | 91,767 | 189,875 |
| With a computer | 93.3% | 94.2% | 92.5% |
| With a broadband Internet subscription | 88.1% | 86.2% | 88.3% |

# # #