# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>BALTIMORE COUNTY, MARYLAND, *et al.*, <br><br>　　　　Defendants. | Civil Action No. 21-cv-03232-LKG <br><br>Dated:  February 4, 2022 |

## **ORDER**

The Court will hold a hearing on plaintiffs' motion for a preliminary injunction in the above-captioned Voting Rights Act matter on **Tuesday, February 15, 2022, at 2:00 p.m. Eastern Time**. The parties shall adhere to the following time allocations for the presentation of their oral arguments:

1. Opening arguments, **30** minutes each for plaintiffs and defendants;

2. Responses, **20** minutes each for plaintiffs and defendants; and

3. Rebuttal, if any, **10** minutes each for plaintiffs and defendants.

In addition, the Court has requested that the following witnesses be available to testify at the hearing to respond to any questions from the Court:  James Gimpel, Anthony Fugett, and Matthew Barreto.

Should any party intend to call a witness to testify during the hearing, that party shall **NOTIFY** the Court in writing on or before **February 11, 2022**, and provide: (1) the name and qualifications of the witness and (2) the area in which the witness is expected to testify.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge