# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BALTIMORE COUNTY, MARYLAND, *et al.*, <br><br> Defendants. | Civil Action No. 21-cv-03232-LKG <br><br> Dated: February 14, 2022 |

## ORDER

The Court will hold a hearing on plaintiffs' motion for a preliminary injunction on **Tuesday, February 15, 2022 at 2:00 p.m. Eastern Time**. The parties shall be prepared to discuss the following issues during the hearing:

1. Should the Court determine that plaintiffs have a substantial likelihood of success on the merits of their Voting Rights Act claim, and that the equitable factors weigh in favor of granting injunctive relief, what is the appropriate remedy under the Voting Rights Act?

2. Whether granting the injunctive relief requested by plaintiffs is appropriate under *Purcell v. Gonzalez*, 549 U.S. 1 (2006) and in light of the United States Supreme Court's stay order in *Merrill v. Milligan*, No. 21A375 (21-1086), 2022 WL 354467 (U.S. Feb. 7, 2022).

**IT IS SO ORDERED.**

                                                                                                   s/ Lydia Kay Griggsby
                                                                                                   LYDIA KAY GRIGGSBY
                                                                                                   United States District Judge