McGUIREWOODS

# HEARING ON MOTION FOR PRELIMINARY INJUNCTION

NAACP, ET. AL V. BALTIMORE COUNTY, MD, ET AL.

U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

CASE NO. LKG-21-03232

CONFIDENTIAL

# BALTIMORE COUNTY ELECTION DEADLINES

- March 22, 2022 – Deadline for filing certificate of candidacy.

- March 24, 2022 – Deadline to withdraw certificate of candidacy.

- March 28, 2022 – Deadline to fill vacancy in candidacy.

- March 29, 2022 – Deadline to challenge candidate's residency.

- April 25, 2022 – Certification of Ballot

- April 28, 2022 – Printing of Ballots

- May 14, 2022 – Mail in ballots (March 30th in *Milligan*)

McGUIREWOODS

CONFIDENTIAL   2





**IN 2001, THE NAACP PUSHED FOR A MAJORITY-BLACK DISTRICT, WHICH HAS ELECTED A BLACK COUNCILMEMBER IN EVERY ELECTION SINCE.**




CONFIDENTIAL   3

# OLD MAP AND BILL 103-21





CONFIDENTIAL   4

# BILL 103-21



# NAACP PROPOSED MAPS

NAACP Map #1                    NAACP Map #5




# THE BLACK POPULATION GROWTH BETWEEN 2010 AND 2019



McGuireWoods

CONFIDENTIAL   7

# THE NAACP'S PROPOSED PLAN 1



# THE NAACP'S PROPOSED PLAN 1



CONFIDENTIAL   9

# THE NAACP'S PROPOSED PLAN 5



| Compactness Scores of Previous Baltimore County Redistricting Plans, the 2020 Proposal, and NAACP Maps 1 and 5. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1990 | | 2000 | | 2010 | | 2020 | | NAACP 1 | | NAACP 5 | |
| Location | PPTest | Stest | PPTest | Stest | PPTest | Stest | PPTest | Stest | PPTest | Stest | PPTest | Stest |
| District 1 | 0.172 | 0.415 | 0.378 | 0.615 | 0.420 | 0.648 | 0.463 | 0.680 | 0.188 | 0.434 | 0.270 | 0.519 |
| District 2 | 0.299 | 0.546 | 0.399 | 0.631 | 0.361 | 0.601 | 0.417 | 0.646 | 0.389 | 0.623 | 0.272 | 0.521 |
| District 3 | 0.349 | 0.591 | 0.379 | 0.616 | 0.466 | 0.682 | 0.543 | 0.737 | 0.394 | 0.627 | 0.441 | 0.664 |
| District 4 | 0.308 | 0.555 | 0.278 | 0.527 | 0.308 | 0.555 | 0.348 | 0.590 | 0.252 | 0.502 | 0.245 | 0.495 |
| District 5 | 0.027 | 0.164 | 0.141 | 0.376 | 0.234 | 0.484 | 0.142 | 0.377 | 0.106 | 0.326 | 0.109 | 0.331 |
| District 6 | 0.159 | 0.399 | 0.023 | 0.151 | 0.035 | 0.186 | 0.289 | 0.538 | 0.262 | 0.512 | 0.326 | 0.571 |
| District 7 | 0.044 | 0.210 | 0.035 | 0.186 | 0.021 | 0.144 | 0.067 | 0.259 | 0.051 | 0.226 | 0.054 | 0.232 |
| Average | 0.194 | 0.411 | 0.233 | 0.443 | 0.264 | 0.471 | 0.324 | 0.547 | 0.235 | 0.464 | 0.245 | 0.476 |
| PPtest=Polsby Popper test for Compactness <br> Stest=Schwartzberg test for Compactness <br> For both tests, high values closer to 1 indicate more compactly drawn districts | | | | | | | | | | | | |

| Table 4.  Divided Communities in Recent and Alternative Redistricting Plans for Baltimore County Council | | | | | |
|---|---|---|---|---|---|
|  | 2000 | 2010 | 2020 | NAACP 1 | NAACP 5 |
| VTDS | 2 | 0 | 2 | 0 | 22 |
| Places | 16 | 16 | 15 | 15 | 5 |
| Cell entries show the number of "VTDs" (or precincts, that are divided in each (proposal) plan, and the number of Census "Places" also divided. | | | | | |

# CORE RETENTION

| Core Retention Across Redistricting Plans Showing Continuity of Constituencies | | | | |
|---|---|---|---|---|
| | 2000 to 2010 | 2010 to 2020 | 2010 to NAACP 1 | 2010 to NAACP 5 |
| District 1 | 0.999 | 1.000 | 0.564 | 0.949 |
| District 2 | 0.938 | 0.988 | 0.749 | 0.548 |
| District 3 | 0.888 | 0.988 | 0.788 | 0.828 |
| District 4 | 0.950 | 1.000 | 0.548 | 0.595 |
| District 5 | 0.765 | 0.510 | 0.521 | 0.542 |
| District 6 | 0.713 | 0.556 | 0.720 | 0.420 |
| District 7 | 0.904 | 1.000 | 1.000 | 0.924 |
| **Average** | **0.880** | **0.863** | **0.699** | **0.687** |
| Cell entries show proportion of the residents in the district from the previous decade carried over to the new (proposed) district.   Estimates use 2020 block data. | | | | |

CONFIDENTIAL 13

| 2018 Democratic Primary (Gov) | | Rushern Baker | | Ben Jealous (W) | | Jim Shea | | Krish Vignarajah | | All Others (5) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | (28-30% Black) | 1381 | 17.8% | **3442** | **44.3%** | 999 | 12.8% | 908 | 11.7% | 1047 | 13.5% |
| **Woodlawn 001-001** | (70-75% Black) | 73 | 17.2% | **174** | **41%** | 61 | 14.4% | 73 | 17.2% | 43 | 10.1% |
| **Chadwick 001-002** | (55-65% Black) | 42 | 19.1% | **109** | **49.5%** | 29 | 13.2% | 17 | 7.7% | 23 | 10.5% |
| **Edmonson 001-006** | (80% Black) | 99 | 17.8% | **260** | **46.8%** | 93 | 16.7% | 25 | 4.5% | 79 | 14.2% |
| **Dogwood 001-017** | (60-65% Black) | 110 | 22.3% | **210** | **42.5%** | 59 | 11.9% | 28 | 5.7% | 87 | 17.6% |
| **District 2** | (25-30% Black) | 1979 | 19.1% | **4061** | **39.1%** | 1754 | 16.9% | 865 | 8.3% | 1728 | 16.6% |
| **Old Court (W) 002-007** | (85-88% Black) | 55 | 18.8% | **121** | **41.4%** | 50 | 17.1% | 12 | 4.1% | 54 | 18.5% |
| **Winand 002-008** | (82-84% Black) | 88 | 16.4% | **268** | **50.1%** | 87 | 16.3% | 18 | 3.4% | 74 | 13.8% |
| **Old Court (E) 002-023** | (59-60% Black) | 23 | 25.8% | **47** | **52.8%** | 7 | 7.9% | 3 | 3.4% | 9 | 10.1% |
| **Sudbrook 003-003** | (73-76% Black) | 77 | 16.8% | **225** | **49.2%** | 58 | 12.7% | 27 | 5.9% | 70 | 15.3% |
| **District 4** | (71-73% Black) | 1811 | 18.6% | **4615** | **47.5%** | 1411 | 14.5% | 542 | 5.6% | 1336 | 13.8% |
| **Powhatan (1) 002-001** | (90-92% Black) | 63 | 18.7% | **154** | **45.7%** | 62 | 18.4% | 21 | 6.2% | 37 | 11% |
| **Powhatan (2) 002-002** | (88-91% Black) | 69 | 18.2% | **190** | **50%** | 39 | 10.3% | 31 | 8.2% | 51 | 13.4% |
| **Woodmoor 002-004** | (90% Black) | 104 | 26.7% | **167** | **42.8%** | 41 | 10.5% | 13 | 3.3% | 65 | 16.7% |
| **Milford Mill 002-028** | (90-91% Black) | 4 | 17.4% | **14** | **60.9%** | 1 | 4.3% | 1 | 4.3% | 3 | 13% |

M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

# CONSIDERATIONS FOR ASSESSING POLARIZATION

- "Black-preferred candidate" does not mean a candidate of the same race.

- Endogenous elections are more relevant than exogenous elections.

- More recent elections are more probative than older elections.

- Is there a "usual" pattern of polarization?

CONFIDENTIAL   15

# ENDOGENOUS ELECTION: 2018 DEMOCRATIC COUNCILMANIC ELECTION FOR DISTRICTS 1 & 2

| District 1 Precinct | | Black Population 2010 / 2020 | Total Votes for Tom Quirk | | Total Votes for Albert Nalley | |
|---|---|---|---|---|---|---|
| Woodlawn | 001-001 | 75.5% / 70.43% | 1006 | **92.55%** | 80 | **7.36%** |
| Edmonson | 001-006 | 80.36% / 80.98% | 1254 | **92.75%** | 92 | **6.8%** |
| Dogwood | 001-017 | 63.83% / 58.91% | 1186 | **92.22%** | 100 | **7.78%** |

| District 2 Precinct | | Black Population 2010 / 2020 | Total Votes for Izzy Patoka | | Total Votes for Michael Lee | |
|---|---|---|---|---|---|---|
| Old Court | 002-007 | 85.68% / 87.9% | 739 | **95.35%** | 35 | **4.52%** |
| Winand | 002-008 | 82.76% / 83.61% | 885 | **92%** | 76 | **7.9%** |
| Sudbrook | 003-003 | 73.4% / 76.09% | 860 | **92.08%** | 73 | **7.82%** |

McGuireWoods

# ENDOGENOUS ELECTION:
# CHERYL PASTEUR'S 2018 ELECTION TO
# THE SCHOOL BOARD IN DISTRICT 2





# EXOGENOUS ELECTION: 2014 DEMOCRATIC GUBERNATORIAL PRIMARY IN DISTRICTS 1 & 2

| District 1 Precinct | | Black Population 2010 / 2020 | Total Votes for Anthony Brown | | Total Votes for Doug Gansler | |
|---|---|---|---|---|---|---|
| Woodlawn | 001-001 | 75.5% / 70.43% | 288 | 59.26% | 86 | 17.7% |
| Edmonson | 001-006 | 80.36% / 80.98% | 334 | 63.02% | 79 | 14.91% |
| Dogwood | 001-017 | 63.83% / 58.91% | 320 | 69.87% | 58 | 12.66% |

| District 2 Precinct | | Black Population 2010 / 2020 | Total Votes for Anthony Brown | | Total Votes for Doug Gansler | |
|---|---|---|---|---|---|---|
| Old Court | 002-007 | 85.68% / 87.9% | 195 | 62.1% | 49 | 15.61% |
| Winand | 002-008 | 82.76% / 83.61% | 336 | 66.4% | 93 | 18.38% |
| Sunbrook | 003-003 | 73.4% / 76.09% | 277 | 60.75% | 84 | 18.42% |

McGuireWoods

CONFIDENTIAL   18

| 2010 Democratic Primary (Gov) | | J.P. Cusick | | Ralph Jaffe | | Martin O'Malley (W) | |
|---|---|---|---|---|---|---|---|
| **District 1** | (30% Black) | 1341 | 15.3% | 461 | 5.3% | **6956** | **79.4%** |
| **Woodlawn 001-001** | (75.5% Black) | 41 | 7.1% | 11 | 1.9% | **527** | **91%** |
| **Chadwick 001-002** | (65% Black) | 27 | 9% | 6 | 2% | **485** | **89%** |
| **Edmonson 001-006** | (80% Black) | 33 | 6.2% | 19 | 3.5% | **485** | **90.3%** |
| **Dogwood 001-017** | (64% Black) | 28 | 6.4% | 14 | 3.2% | **394** | **90.4%** |
| **District 2** | (25.5% Black) | 1320 | 9.7% | 1065 | 7.9% | **11170** | **82.4%** |
| **Old Court (West) 002-007** | (85.5% Black) | 14 | 3.9% | 12 | 3.3% | **334** | **92.8%** |
| **Winand 002-008** | (82.5% Black) | 41 | 6.1% | 21 | 3.1% | **613** | **90.8%** |
| **Old Court (East) 002-023** | (60% Black) | 2 | 1.6% | 8 | 6.4% | **116** | **82.1%** |
| **Sudbrook 003-003** | (73.5% Black) | 19 | 3.3% | 15 | 2.6% | **539** | **94.1%** |
| **District 4** | (71% Black) | 607 | 5% | 441 | 3.6% | **11047** | **91.3%** |
| **Powhatan (1) 002-001** | (90.5% Black) | 9 | 2.3% | 13 | 3.4% | **363** | **94.3%** |
| **Powhatan (2) 002-002** | (91% Black) | 13 | 2.4% | 16 | 3% | **514** | **94.7%** |
| **Woodmoor 002-004** | (90.5% Black) | 17 | 2.7% | 12 | 1.9% | **606** | **95.4%** |
| **Milford Mill 002-028** | (91% Black) | 0 | 0% | 1 | 3.6% | **27** | **96.4%** |

McGuireWoods

CONFIDENTIAL   19

| 2014 Democratic Primary (Gov) | | Anthony Brown (W) | | Doug Gansler | | Heather Mizeur | |
|---|---|---|---|---|---|---|---|
| **District 1** | (28-30% Black) | **3081** | **39.5%** | 1986 | 25.5% | 2498 | 32% |
| **Woodlawn 001-001** | (70-75% Black) | **288** | **59.3%** | 86 | 17.7% | 97 | 20% |
| **Chadwick 001-002** | (55-65% Black) | **118** | **56.5%** | 42 | 20.1% | 40 | 19.1% |
| **Edmonson 001-006** | (80% Black) | **334** | **63%** | 79 | 14.9% | 104 | 19.6% |
| **Dogwood 001-017** | (60-65% Black) | **320** | **69.9%** | 58 | 12.7% | 71 | 15.5% |
| **District 2** | (25-30% Black) | **4103** | **34.5%** | 4105 | 34.5% | 3470 | 29.2% |
| **Old Court (West) 002-007** | (85-88% Black) | **195** | **62.1%** | 49 | 15.6% | 62 | 19.8% |
| **Winand 002-008** | (82-84% Black) | **336** | **66.4%** | 93 | 18.4% | 67 | 13.2% |
| **Old Court (East) 002-023** | (59-60% Black) | **52** | **59.1%** | 19 | 21.6% | 16 | 18.2% |
| **Sudbrook 003-003** | (73-76% Black) | **227** | **60.8%** | 84 | 18.4% | 90 | 19.7% |
| **District 4** | (71-73% Black) | **6246** | **64.6%** | 1618 | 16.7% | 1584 | 16.4% |
| **Powhatan (1) 002-001** | (90-92% Black) | **260** | **72.6%** | 40 | 11.2% | 49 | 13.7% |
| **Powhatan (2) 002-002** | (88-91% Black) | **327** | **72.5%** | 47 | 10.4% | 66 | 14.6% |
| **Woodmoor 002-004** | (90% Black) | **310** | **72.1%** | 55 | 12.8% | 55 | 12.8% |
| **Milford Mill 002-028** | (90-91% Black) | **21** | **70%** | 4 | 13.3% | 5 | 16.7% |

McGuireWoods

CONFIDENTIAL   20

| 2016 Democratic Primary (Sen) | | Chris Van Hollen (W) | | Donna Edwards | |
|---|---|---|---|---|---|
| **District 1** | (28-30% Black) | 7036 | 51.2% | 5479 | **39.8%** |
| **Woodlawn 001-001** | (70-75% Black) | 251 | 29.2% | 542 | **63%** |
| **Chadwick 001-002** | (55-65% Black) | 118 | 29.6% | 246 | **61.7%** |
| **Edmonson 001-006** | (80% Black) | 317 | 30.2% | 663 | **63.1%** |
| **Dogwood 001-017** | (60-65% Black) | 297 | 33% | 525 | **58.3%** |
| **District 2** | (25-30% Black) | 10752 | 64.2% | 5012 | **29.9%** |
| **Old Court (West) 002-007** | (85-88% Black) | 136 | 25.4% | 360 | **67.3%** |
| **Winand 002-008** | (82-84% Black) | 231 | 30.5% | 489 | **64.5%** |
| **Old Court (East) 002-023** | (59-60% Black) | 46 | 37.7% | 69 | **56.6%** |
| **Sudbrook 003-003** | (73-76% Black) | 238 | 31.7% | 467 | **62.3%** |
| **District 4** | (71-73% Black) | 5475 | 32.8% | 10329 | **61.8%** |
| **Powhatan (1) 002-001** | (90-92% Black) | 115 | 24% | 342 | **71.3%** |
| **Powhatan (2) 002-002** | (88-91% Black) | 201 | 27.8% | 494 | **68.3%** |
| **Woodmoor 002-004** | (90% Black) | 192 | 27.8% | 462 | **66.9%** |
| **Milford Mill 002-028** | (90-91% Black) | 11 | 19.6% | 42 | **75%** |

**McGuireWoods**

| All "Candidates of Choice" | | Martin O'Malley (2010) | | Anthony Brown (2014) | | Donna Edwards (2016) | | Ben Jealous (2018) | |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | (28-30% Black) | 6956 | 79.4% | 3081 | 39.5% | 5479 | 39.8% | 3442 | 44.3% |
| **Woodlawn 001-001** | (70-75% Black) | 527 | 91% | 288 | 59.3% | 542 | 63% | 174 | 41% |
| **Chadwick 001-002** | (55-65% Black) | 485 | 89% | 118 | 56.5% | 246 | 61.7% | 109 | 49.5% |
| **Edmonson 001-006** | (80% Black) | 485 | 90.3% | 334 | 63% | 663 | 63.1% | 260 | 46.8% |
| **Dogwood 001-017** | (60-65% Black) | 394 | 90.4% | 320 | 69.9% | 525 | 58.3% | 210 | 42.5% |
| **District 2** | (25-30% Black) | 11170 | 82.4% | 4103 | 34.5% | 5012 | 29.9% | 4061 | 39.1% |
| **Old Court (W) 002-007** | (85-88% Black) | 334 | 92.8% | 195 | 62.1% | 360 | 67.3% | 121 | 41.4% |
| **Winand 002-008** | (82-84% Black) | 613 | 90.8% | 336 | 66.4% | 489 | 64.5% | 268 | 50.1% |
| **Old Court (E) 002-023** | (59-60% Black) | 116 | 82.1% | 52 | 59.1% | 69 | 56.6% | 47 | 52.8% |
| **Sudbrook 003-003** | (73-76% Black) | 539 | 94.1% | 227 | 60.8% | 467 | 62.3% | 225 | 49.2% |
| **District 4** | (71-73% Black) | 11047 | 91.3% | 6246 | 64.6% | 10329 | 61.8% | 4615 | 47.5% |
| **Powhatan (1) 002-001** | (90-92% Black) | 363 | 94.3% | 260 | 72.6% | 342 | 71.3% | 154 | 45.7% |
| **Powhatan (2) 002-002** | (88-91% Black) | 514 | 94.7% | 327 | 72.5% | 494 | 68.3% | 190 | 50% |
| **Woodmoor 002-004** | (90% Black) | 606 | 95.4% | 310 | 72.1% | 462 | 66.9% | 167 | 42.8% |
| **Milford Mill 002-028** | (90-91% Black) | 27 | 96.4% | 21 | 70% | 42 | 75% | 14 | 60.9% |

McGUIREWOODS

| 2018 Election in District 2 | | Izzy Patoka | | Michael Lee | | Cheryl Pasteur | | Anthony Glasser | |
|---|---|---|---|---|---|---|---|---|---|
| **All Precincts** (25-30% Black) | | 19,524 | **68.5%** | 8,956 | 31.4% | 13,693 | **65.2%** | 7,123 | 33.9% |
| **Old Court (W)** 002-007 | (85-88% Black) | 739 | **95.4%** | 35 | 4.5% | 520 | **76.3%** | 152 | 22.3% |
| **Winand** 002-008 | (82-84% Black) | 885 | **92%** | 76 | 7.9% | 752 | **84.9%** | 131 | 14.8% |
| **Old Court (E)** 002-023 | (59-60% Black) | 116 | **88.3%** | 22 | 11.7% | 112 | **72.7%** | 41 | 26.6% |
| **Sudbrook** 003-003 | (73-76% Black) | 860 | **92.1%** | 74 | 7.8% | 637 | **76.5%** | 192 | 23.1% |

**McGUIREWOODS**

# EXOGENOUS ELECTION: 2018 GUBERNATORIAL PRIMARY VOTES FOR BEN JEALOUS



### District 1



### District 2



### District 4



MᴄGᴜɪʀᴇWᴏᴏᴅs

"Additionally, we conclude that the district court erred in a third respect, by basing its decision exclusively on data from elections in which a black candidate was on the ballot, rather than a more representative sample of elections.  By limiting its consideration to elections in which a candidate of the minority's race was on the ballot, the district court may have failed to include as black-preferred candidates some white candidates who may very well have been the representative choice of the black community."

*Lewis v. Alamance County, N.C.*, 99 F.3d 600, 605 (1996)