# *Baltimore County Branch of the NAACP, et al. v. Baltimore County, Maryland, et al.*

Hearing on Plaintiffs' Motion for Preliminary Injunction

February 15, 2022

# Baltimore County has experienced dramatic racial diversification.



# The Electoral Map is stuck in the year 2000.



# *Gingles* Factors

*Thornburg v. Gingles*,
478 U.S. 30 (1986)

1. It is feasible to draw a map with two majority-Black districts.

2. The Black community is politically cohesive.

3. White voters vote sufficiently as a bloc usually to defeat Black-preferred candidates.

# 2022 County Map



# The County Map packs Black voters into District 4 and cracks them between Districts 1 and 2.



# Proposed Plan 5



# Plan 5 creates two majority-Black districts while complying with traditional redistricting principles.



Cooper 2d Decl., ECF 41-2 at 18

8

# Proposed Plan 1



Cooper Decl., ECF 28-2 at 19

# Plan 1 creates two majority-Black districts while complying with traditional redistricting principles.



Cooper 2d Decl., ECF 41-2 at 14

10

## 2022 County Map



## Proposed Plan 5



## Proposed Plan 1



# *Gingles* 2: There is a strong pattern of racially polarized voting.



Barreto Decl., ECF 28-3 at 6, 8, 9

# *Gingles* 3: White bloc voting usually defeats Black candidates.



**1990**
District 2
Democratic Primary
Harold Gordon
LOST to
Melvin Mintz

**2002**
Judicial Retention
Election
Judge Alexander
Wright
LOST to
three white
candidates

**2016**
U.S. Senate
Democratic Primary
Donna Edwards
LOST to
Chris Van Hollen

**2018**
Gubernatorial
Election
Ben Jealous
LOST to
Larry Hogan

**2018**
House of Delegates
State Leg. Dist. 8
Carl Jackson
LOST to
three non-Black
candidates

**2000**
Judicial Retention
Election
Judge Alexander
Wright
LOST to
two white
candidates

**2014**
Gubernatorial
Election
Anthony Brown
LOST to
Larry Hogan

**2018**
House of Delegates
Democratic Primary
Linda Dorsey Walker
LOST to
three white
candidates

**2018**
School Board
Cheryl Pasteur
WON against
Anthony Glasser

Black candidate
Non-Black candidate

13

# The election of Ms. Pasteur to the school board was an anomaly.



Long-time, well-respected teacher and principal

Vigorous campaign

Virtually unopposed

Pasteur Decl., ECF 41-3

# White bloc voting has discouraged Black candidates from running in majority-white districts.

"[C]onsistent losses by the few Black candidates who risked running countywide or in majority-white districts within the County have reinforced the strong view among Black residents and prospective candidates that such races are unwinnable, discouraging others from undertaking long-shot contests."

*- Declaration of Anthony Fugett*

# Totality of the Circumstances & Senate Factors

History of voting-related discrimination

Socioeconomic disparities in housing, education, income, etc.

Voters are racially polarized

Rate of Black candidates elected to public office

Voting practices enhance the opportunity for discrimination

Lack of responsiveness to Black voters

16

# Baltimore County has an extensive history of exclusion and discrimination.

The U.S. Commission on Civil Rights described the County as a "white noose" around Baltimore City.

*Brown Decl., ECF 28-5 ¶ 12*

## Housing

- Exclusion of rental and affordable housing
  - Brown Decl., ECF 28-5 ¶¶ 8-29
- Current violation of Voluntary Compliance Agreement with HUD
  - Hill Decl., ECF 41-5 ¶¶ 8-11

## Education

- Long-time segregation of schools; ongoing opposition to desegregation
  - Brown Decl., ECF 28-5 ¶¶ 30-32
- Neglect of west-side schools
  - Pasteur Decl., ECF 41-3 ¶ 15

## Representation

- No Black candidate has been elected to the County Council from a majority-white district.
- Neglect of west-side, inside-the-Beltway communities
  - Sydnor Decl., ECF 41-4 ¶ 10
- Councilman Quirk cannot find a candidate of color to run in District 1.
  - Quirk Decl., ECF 45-1 ¶ 11

# Plaintiffs will suffer irreparable harm if an injunction is not granted.

"[O]nce the election occurs, there can be no do-over and no redress. The injury to these voters is real and completely irreparable if nothing is done to enjoin this law."

*League of Women Voters of North Carolina v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014).

## Election Deadlines

March 22, 2022:
Candidate Registration Deadline

June 28, 2022:
Primary Election

Councilmanic elections are for *four-year* terms.

18

# Exhibits

Dr. Matt A. Barreto

Professor of Political Science and Chicana/o Studies at UCLA

**Figure 2A: Vote Choice in the 2014 Gubernatorial Election in Baltimore County**



# Figure 2A: Vote Choice in the 2018 Gubernatorial Election in Baltimore County



## Figure 2A: Vote Choice in the 2018 Gubernatorial Election in Baltimore County



# Figure 2A: Vote Choice in the 2018 Gubernatorial Election in Baltimore County



# Figure 1A: Vote Choice in the 2014 Gubernatorial Election in Baltimore County



Barreto dec. Jan 18, 2022, para 20, pg 9

# Figure 3A: Vote Choice in 2016 Senate Democratic Primary Election in Baltimore County



**SUMMARY OF RACIALLY POLARIZED VOTING**

### Table 2: Ecological inference analysis of vote choice by race Baltimore County

|            | White | Black | Other |
|------------|-------|-------|-------|
| Brown      | 14.3  | 94.3  | 41.1  |
| Hogan      | 85.7  | 5.7   | 58.9  |
| Jealous    | 13.2  | 86.4  | 57.9  |
| Hogan      | 86.9  | 13.6  | 43.1  |
| Edwards    | 8.0   | 74.6  | 71.6  |
| Van Hollen | 92.0  | 25.4  | 28.4  |

Candidate choice percent estimates using eiCompare package

Barreto dec. Jan 18, 2022, para 20, pg 9

# SUMMARY OF RACIALLY POLARIZED VOTING – <u>WEST BALTIMORE COUNTY</u>

**Table 3: Ecological inference analysis of vote choice by race in Districts 1, 2, 4**

|  | White | Black | Other |
|---|---|---|---|
| Brown | 21.5 | 97.3 | 45.9 |
| Hogan | 78.5 | 2.7 | 54.1 |
| Jealous | 19.7 | 85.7 | 57.7 |
| Hogan | 80.3 | 14.3 | 42.3 |
| Edwards | 5.1 | 74.4 | 75.4 |
| Van Hollen | 94.9 | 25.6 | 24.6 |

Candidate choice percent estimates using eiCompare package

Barreto dec. Jan 18, 2022, para 21, pg 10

**STATUS QUO ADOPTED MAP DOES NOT PERFORM**

14.     **Table 1: Candidate Performance Comparisons in Newly adopted 2022**

**County Map Districts 1, 2, and 4**

| Year | Election Type | Office | Candidates | Candidate Race | District 1 | District 2 | District 4 |
|------|--------------|--------|-----------|---------------|-----------|-----------|-----------|
| 2014 | General | Governor | Hogan (R) | White | 54.4% | 53.8% | 22.2% |
|      |         |          | Brown (D) | **Black** | **42.9%** | **44.5%** | **76.1%** |
| 2016 | Primary | Senate | Van Hollen (D) | White | 51.2% | 64.1% | 32.8% |
|      |         |        | Edwards (D) | **Black** | **39.8%** | **29.9%** | **61.8%** |
| 2018 | General | Governor | Hogan (R) | White | 54.2% | 56.6% | 29.6% |
|      |         |          | Jealous (D) | **Black** | **44.5%** | **42.6%** | **69.4%** |

Barreto dec. Feb 7, 2022, para 14, pg 3

**STATUS QUO ADOPTED MAP DOES NOT PERFORM**

16.      **Table 2: Candidate Performance Comparisons in Newly adopted 2022 County Map in elections with White and Black Democrats:  Districts 1 and 2**

| Year | Election Type | Office | Candidates | Candidate Race | District 1 | District 2 |
|------|---------------|--------|------------|----------------|------------|------------|
| 2014 | General | Governor | Hogan (R) | White | 54.4% | 53.8% |
|      |         |          | Brown (D) | **Black** | **42.9%** | **44.5%** |
| 2014 | General | Attorney General | Pritzker (R) | White | 39.6% | 37.1% |
|      |         |          | Frosh (D) | White | **55.7%** | **59.9%** |
| 2018 | General | Governor | Hogan (R) | White | 54.2% | 56.6% |
|      |         |          | Jealous (D) | **Black** | **44.5%** | **42.6%** |
| 2018 | General | Senate | Campbell (R) | White | 27.6% | 23.0% |
|      |         |          | Cardin (D) | White | **65.8%** | **70.7%** |
| 2018 | General | Attorney General | Wolf (R) | White | 33.2% | 31.7% |
|      |         |          | Frosh (D) | White | **66.7%** | **68.3%** |

Barreto dec. Feb 7, 2022, para 16, pg 5

# VOTING PATTERNS FOR BLACK DEMOCRAT VERSUS WHITE DEMOCRAT

### Figure 1: Election Results by Race, Baltimore County in D1, D2, and D4



Barreto dec. Feb 7, 2022
para 18, pg 6

## Table 2: Candidate Performance Comparisons in NAACP MAP 1 Districts 1, 2, and 4

| Year | Election Type | Office | Candidates | Candidate Race | District 1 | District 2 | District 4 |
|------|---------------|--------|------------|----------------|------------|------------|------------|
| 2014 | General | Governor | Hogan (R) | White | 36.5% | 55.9% | 37.3% |
|      |         |          | Brown (D) | **Black** | **61.1%** | 42.1% | **60.6%** |
| 2016 | Primary | Senate | Van Hollen (D) | White | 38.5% | 70.7% | 41.6% |
|      |         |          | Edwards (D) | **Black** | **53.9%** | 23.7% | **52.2%** |
| 2018 | General | Governor | Hogan (R) | White | 40.3% | 58.0% | 40.6% |
|      |         |          | Jealous (D) | **Black** | **58.6%** | 41.1% | **58.2%** |

Barreto dec. Feb 7, 2022, para 26, pg 11

## Table 3: Candidate Performance Comparisons in NAACP MAP 5 Districts 1, 2, and 4

| Year | Election Type | Office | Candidates | Candidate Race | District 1 | District 2 | District 4 |
|------|---------------|--------|------------|----------------|------------|------------|------------|
| 2014 | General | Governor | Hogan (R) | White | 56.0% | 36.7% | 38.6% |
|      |         |          | Brown (D) | **Black** | 41.3% | **61.5%** | **59.7%** |
| 2016 | Primary | Senate | Van Hollen (D) | White | 52.5% | 49.9% | 42.5% |
|      |         |          | Edwards (D) | **Black** | 38.5% | 44.7% | **51.4%** |
| 2018 | General | Governor | Hogan (R) | White | 55.5% | 42.4% | 41.7% |
|      |         |          | Jealous (D) | **Black** | 43.2% | **56.7%** | **57.3%** |

Barreto dec. Feb 7, 2022, para 27, pg 11