# EXHIBIT A

COUNTY COUNCIL OF BALTIMORE COUNTY, MARYLAND
Legislative Session 2022, Legislative Day No. __

Bill No. __-22

_____

All Councilmembers

_____

By the County Council, _____, 2022

_____

A BILL
ENTITLED

AN ACT concerning

Revision of Councilmanic Districts


FOR    the purpose of revising and reconstituting the councilmanic districts of Baltimore County

in accordance with the latest census figures published as a result of the U.S. Census of

2020, as required by Section 207 of the Baltimore County Charter.


WHEREAS, Section 207 of the Baltimore County Charter empowers and directs the County

Council to revise the councilmanic districts along population lines as determined by the

decennial census of the United States; and

WHEREAS, the population results of the 2020 U.S. Census indicate the need for revising the

current councilmanic district lines; now, therefore

_____

EXPLANATION:    CAPITALS INDICATE MATTER ADDED TO EXISTING LAW.
                [Brackets] indicate matter stricken from existing law.
                ~~Strike out~~ indicates matter stricken from bill.
                Underlining indicates amendments to bill.

1        SECTION 1.  BE IT ENACTED BY THE COUNTY COUNCIL OF BALTIMORE

2    COUNTY, MARYLAND that, in accordance with Section 207 of the Baltimore County Charter,

3    the councilmanic districts of Baltimore County be and are hereby revised and reconstituted to

4    read as follows:

5

6        Baltimore County is divided into seven councilmanic districts composed of the following

7    election districts or parts of districts as the districts presently exist:

8    **Council**        **Present Election District or Parts Thereof**

9    **District**

10    I.        Census Blocks 240054011013000, 240054011013001, 240054011013002,

11            240054011013003, 240054011013005, 240054011013006, 240054011013007,

12            240054011013008, 240054011013009, 240054011013010, 240054011013020,

13            240054011013022, 240054011021000, 240054011021001, 240054011021002,

14            240054011021003, 240054011021004, 240054011021005, 240054011021006,

15            240054011021007, 240054011021008, 240054011021009, 240054011021010,

16            240054011021011, 240054011021012, 240054011021013, 240054011021014,

17            240054011021015, 240054011021016, 240054011021017, 240054011022000,

18            240054011022001, 240054011022002, 240054011022003, 240054011022004,

19            240054011022005, 240054011022006, 240054011022007, 240054011022008,

20            240054011022009, 240054011022010, 240054011022011, 240054011022012,

21            240054011022013, 240054011022014, 240054011022015, 240054011022016,

22            240054011022017, 240054011022018, 240054012001000, 240054012001001,

23            240054012001002, 240054012001003, 240054012001004, 240054012001005,

1    240054012001006, 240054012001007, 240054012001008, 240054012001009,

2    240054012001010, 240054012001011, 240054012001012, 240054012001013,

3    240054012001014, 240054012001015, 240054012001016, 240054012001017,

4    240054012001018, 240054012001019, 240054012001020, 240054012001021,

5    240054012001022, 240054012001023, 240054012001024, 240054013011000,

6    240054013011001, 240054013011002, 240054013011003, and

7    240054013011007 of Precinct 1, and Precincts 2 through 17, all inclusive of the

8    1st Election District; and the entire 13th Election District.

9    II.    Census Blocks 240054012002000, 240054012002001, 240054012002002,

10    240054012002003, 240054012002004, 240054012002005, 240054012002006,

11    240054012002007, 240054012002008, 240054012002009, 240054012002010,

12    240054012002011, 240054012002012, 240054012002013, and

13    240054012002014 of Precinct 1 of the 1st Election District; Precincts 1, 2, 4,

14    Census Blocks 240054023043008, 240054023043009, 240054023043010,

15    240054023043011, 240054023043012, 240054023043013, 240054023043014,

16    240054023043016, 240054023043017, and 240054023043018 of Precinct 5, and

17    Precincts 7, 8, 23, 25, and 31 of the 2nd Election District; the entire 3rd Election

18    District; Precincts 2, 3, 4, 13, and 14 of the 4th Election District; Precincts 8 and

19    17 of the 8th Election District; and Precincts 1 and 2 of the 9th Election District.

20    III.    The entire 5th, 6th, and 7th Election Districts; Precincts 1 through 7, all inclusive,

21    Precincts 9 through 16, all inclusive, and Precincts 18 through 28, all inclusive, of

22    the 8th Election District; Precincts 7,8, 9, Census Blocks 240054917011007,

23    240054917011008, 240054917011009, and 240054917012001 of Precinct 23,

1          Precinct 24, Census Blocks 240054922002000, 240054922002001,

2          240054922002002, 240054922002006, 240054922003000, 240054922003001,

3          240054922003002, 240054922003003, 240054926003007 of Precinct 25, Census

4          Blocks 240054917012002, 240054917012003, 240054917012004,

5          240054917012005, 240054917012006, 240054917012007, 240054917013000,

6          240054917013001, 240054917013002, 240054917013003, 240054917013004,

7          240054917013005, 20054919002004, and 240054919002005 of Precinct 26, and

8          Precinct 27 of the 9th Election District; the entire 10th Election District; and

9          Precincts 1, 2, 23, and 26 of the 11th Election District.

10    IV.       Precinct 3, Census Blocks 240054023031000, 240054023031001,

11          240054023031002, 240054023031003, 240054023031004, 240054023031005,

12          240054023031006, 240054023032000, 240054023032001, 240054023032003,

13          240054023032004, 240054023032010, 240054023032011, 240054023032012,

14          240054023032013, 240054023032014, 240054023032015, 240054023032016,

15          240054023032017, 240054023032018, 240054023032019, 240054023032020,

16          240054023033000, 240054023033001, 240054023033002, 240054023033006,

17          240054023033007, 240054023033008, 240054023033009, and

18          240054023033010 of Precinct 5, Precinct 6, Precincts 9 through 22, all inclusive,

19          and Precincts 24, 26, 27, 28, 29, and 30 of the 2nd Election District; and Precinct 1

20          and Precincts 5, 6, 7, 8, 9, 10, 11, 12, and 15 of the 4th Election District.

21    V.        Census Blocks 240054917011002, 240054917011003, 240054917011004,

22          240054917011005, 240054917011006, 240054917011010, 240054917012000,

23          240054919001000, 240054919001001, 240054919001002, 240054919001003,

1                    240054919001004, 240054919001005, 240054919001006, 240054919001007,

2                    240054919001008, 240054919001009, 240054919001010, 240054919001011,

3                    240054919001012, 240054919001013, 240054919001014, 240054919001015,

4                    240054919002000, 240054919002001, 240054919002002, 240054919002006,

5                    240054919002007, 240054919002008, 240054919002009, 240054919002010,

6                    240054919002011, 240054919002012, 240054919002013, 240054919002014,

7                    240054919002015, 240054919002016, and 240054919002017 of Precinct 23,

8                    Census Blocks 240054917011000, 240054917011001, 240054922002003,

9                    240054922002004, 240054922002005, 240054922002007, 240054922002008,

10                 240054922002009, 240054922002010, 240054922002011, 240054922002012,

11                 240054922002013, and 240054926003006 of Precinct 25, and Census Blocks

12                 240054917012008 and 240054919002003 of Precinct 26 of the 9th Election

13                 District; Precincts 3 through 22, all inclusive, and Precincts 24, 25, and 27 of the

14                 11th Election District; Census Blocks 240054406001004, 240054406001005,

15                 240054406001006, 240054406001007, 240054406001008, 240054406001009,

16                 240054406001010, 240054406001011, 240054406001012, 240054406001013,

17                 240054406001014, 240054406001015, 240054406001016, 240054406001017,

18                 240054406001018, 240054406001019, 240054406001020, 240054406001021,

19                 240054406001029, 240054406001030, 240054406001031, 240054406001033,

20                 240054408001001, 240054408001002, 240054408001003, 240054408001004,

21                 240054408001005, 240054408001006, 240054408001009, 240054408001010,

22                 240054408002001, 240054408002002, 240054408002003, 240054408002004,

23                 240054408002005, 240054408002006, 240054408002007, 240054408002008,

1      240054408002009, and 240054408002010 of Precinct 2, and Precincts 3 and 4 of

2      the 14th Election District; and Precincts 3, 5, 6, 7, 8, 9, Census Block

3      240054512002032 of Precinct 11, and Precincts 25 and 26 of the 15th Election

4      District.

5  VI.   Precincts 3, 4, 5, 6, Precincts 10 through 22, all inclusive, Census Blocks

6      240054916001000, 240054916001001, 240054916001002, 240054916001003,

7      240054916001004, 240054916001006, and 240054916001007 of Precinct 26, and

8      Precincts 28 and 29 of the 9th Election District; Precinct 1, Census Blocks

9      240054403001000, 240054403001001, 240054403001002, 240054403001003,

10      240054403001004, 240054403001005, 240054403001006, 240054403001007,

11      240054403001008, 240054403001009, 240054403001010, 240054403001011,

12      240054403001012, 240054403001013, 240054403001014, 240054403001015,

13      240054403001016, 240054403001017, 240054403001018, 240054403001019,

14      240054403001020, 240054403001021, 240054408001000, 240054408001007,

15      240054408001008, 240054408002000 of Precinct 2, and Precincts 5 through 14,

16      all inclusive, of the 14th Election District; and Precinct 4 of the 15th Election

17      District.

18  VII.   The entire 12th Election District; and Precincts 1, 2, and 10, Census Blocks

19      240054503001001, 240054503001002, 240054503001003, 240054503001004,

20      240054503001005, 240054503001006, 240054508002000, 240054508003004,

21      240054508003005, 240054508003006, 240054508003007, 240054508003009,

22      240054508003010, 240054508003011, 240054508003012, 240054508003013,

23      240054508003014, 240054508003015, 240054508003016, 240054508003017,

1       240054508003018, 240054508003019, 240054508003020, 240054508003021,

2       240054923001000, 240054923001001, 240054923001002, 240054923001003,

3       240054923001004, 240054923001005, 240054923001006, 240054923001007,

4       240054923001008, 240054923001009, 240054923001010, 240054923001011,

5       240054923001012, 240054923001013, 240054923001014, 240054923001015,

6       240054923002000, 240054923002001, 240054923002002, 240054923002003,

7       240054923002004, 240054923002005, 240054923002006, 240054923002007,

8       240054923002008, 240054923002009, 240054923002010, 240054923002011,

9       240054923002012, 240054923002013, 240054923002014, 240054923002015,

10      240054923002016, 240054923002017, 240054923002018, 240054923002019,

11      240054923002020, 240054923003005, 240054923003006, 240054923003007,

12      240054923003008, 240054923003009, 240054923003010, and

13      240054923003015 of Precinct 11, and Precincts 12 through 24, all inclusive, of

14      the 15th Election District.

15

16      SECTION 2.  AND BE IT FURTHER ENACTED, that a geographic representation of

17      the seven revised councilmanic districts is set forth in the 2022 Baltimore County Councilmanic

18      Redistricting Map attached as Exhibit A, and the corresponding Population and Demographic

19      Summary is attached as Exhibit B.

20

21      SECTION 3.  AND BE IT FURTHER ENACTED, that this Act, having been passed by

22      the affirmative vote of five members of the County Council, shall take effect on the day of its

23      enactment, and the councilmanic boundaries established herein shall supersede and replace the

1    councilmanic boundaries set forth in Bill 103-21 and shall become effective for the next

2    regularly scheduled election of the County Council in 2022, unless otherwise altered or amended

3    or modified by order of a court of competent jurisdiction.