# EXHIBIT B

# 2022 Baltimore County Councilmanic Redistricting Map



Voter Precincts

## Councilmanic District

- 1
- 2
- 3
- 4
- 5
- 6
- 7