# EXHIBIT C

# BILL    -22 - REVISION OF COUNCILMANIC DISTRICTS

## Total Population Summary

| Council District | Total Population | Ideal District Population | Population Deviation from Ideal | Percent Deviation from Ideal | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120,492 | 122,382 | -1,890 | -1.54% | 56,164 | 33,331 | 10,511 | 14,036 | 5,455 | 738 | 227 | 30 |
| 2 | 117,868 | 122,382 | -4,514 | -3.69% | 51,940 | 48,710 | 7,749 | 4,737 | 3,839 | 704 | 165 | 24 |
| 3 | 120,742 | 122,382 | -1,640 | -1.34% | 90,597 | 9,088 | 6,706 | 9,174 | 4,473 | 498 | 156 | 50 |
| 4 | 120,066 | 122,382 | -2,316 | -1.89% | 26,606 | 74,844 | 7,763 | 5,543 | 4,346 | 756 | 174 | 34 |
| 5 | 122,422 | 122,382 | 40 | 0.03% | 76,048 | 23,156 | 5,937 | 11,267 | 5,256 | 481 | 238 | 39 |
| 6 | 127,655 | 122,382 | 5,273 | 4.31% | 64,845 | 40,164 | 8,901 | 7,473 | 5,319 | 659 | 255 | 39 |
| 7 | 127,428 | 122,382 | 5,046 | 4.12% | 77,695 | 24,844 | 13,967 | 2,481 | 7,012 | 652 | 741 | 36 |
| **Total** | **856,673** | | | | **443,895** | **254,137** | **61,534** | **54,711** | **35,700** | **4,488** | **1,956** | **252** |

| | | Council District | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 46.61% | 27.66% | 8.72% | 11.65% | 4.53% | 0.61% | 0.19% | 0.02% |
| Ideal Population | 122,382 | 2 | 44.07% | 41.33% | 6.57% | 4.02% | 3.26% | 0.60% | 0.14% | 0.02% |
| Max Deviation (±5%) | 6,120 | 3 | 75.03% | 7.53% | 5.55% | 7.60% | 3.70% | 0.41% | 0.13% | 0.04% |
| Max Deviation Range | 116,263 to 128,501 | 4 | 22.16% | 62.34% | 6.47% | 4.62% | 3.62% | 0.63% | 0.14% | 0.03% |
| | | 5 | 62.12% | 18.91% | 4.85% | 9.20% | 4.29% | 0.39% | 0.19% | 0.03% |
| 10% Max Deviation | 12,238 | 6 | 50.80% | 31.46% | 6.97% | 5.85% | 4.17% | 0.52% | 0.20% | 0.03% |
| (difference between largest and smallest districts) | | 7 | 60.97% | 19.50% | 10.96% | 1.95% | 5.50% | 0.51% | 0.58% | 0.03% |
| | | **Total** | **51.82%** | **29.67%** | **7.18%** | **6.39%** | **4.17%** | **0.52%** | **0.23%** | **0.03%** |

## Voting Age Population Summary

| Council District | Total Population | Ideal District Population | Population Deviation from Ideal | Percent Deviation from Ideal | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 94,254 | 95,950 | -1,696 | -1.77% | 47,003 | 25,816 | 6,891 | 10,520 | 3,352 | 474 | 170 | 28 |
| 2 | 92,191 | 95,950 | -3,759 | -3.92% | 42,226 | 38,002 | 5,089 | 3,802 | 2,441 | 473 | 137 | 21 |
| 3 | 95,081 | 95,950 | -869 | -0.91% | 73,917 | 6,661 | 4,358 | 7,023 | 2,618 | 341 | 117 | 46 |
| 4 | 93,830 | 95,950 | -2,120 | -2.21% | 23,286 | 57,351 | 5,232 | 4,358 | 2,945 | 505 | 130 | 23 |
| 5 | 96,069 | 95,950 | 119 | 0.12% | 63,762 | 16,245 | 3,803 | 8,569 | 3,131 | 332 | 196 | 31 |
| 6 | 102,122 | 95,950 | 6,172 | 6.43% | 55,296 | 30,545 | 6,221 | 6,054 | 3,325 | 439 | 217 | 25 |
| 7 | 98,098 | 95,950 | 2,148 | 2.24% | 64,708 | 17,605 | 8,637 | 1,920 | 4,177 | 409 | 613 | 29 |
| **Total** | **671,645** | | | | **370,198** | **192,225** | **40,231** | **42,246** | **21,989** | **2,973** | **1,580** | **203** |

| | | Council District | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 49.87% | 27.39% | 7.31% | 11.16% | 3.56% | 0.50% | 0.18% | 0.03% |
| | | 2 | 45.80% | 41.22% | 5.52% | 4.12% | 2.65% | 0.51% | 0.15% | 0.02% |
| Ideal VA Population | 95,950 | 3 | 77.74% | 7.01% | 4.58% | 7.39% | 2.75% | 0.36% | 0.12% | 0.05% |
| Max Deviation (±5%) | 4,798 | 4 | 24.82% | 61.12% | 5.58% | 4.64% | 3.14% | 0.54% | 0.14% | 0.02% |
| Max Deviation Range | 91,192 to 100,748 | 5 | 66.37% | 16.91% | 3.96% | 8.92% | 3.26% | 0.35% | 0.20% | 0.03% |
| | | 6 | 54.15% | 29.91% | 6.09% | 5.93% | 3.26% | 0.43% | 0.21% | 0.02% |
| | | 7 | 65.96% | 17.95% | 8.80% | 1.96% | 4.26% | 0.42% | 0.62% | 0.03% |
| | | **Total** | **55.12%** | **28.62%** | **5.99%** | **6.29%** | **3.27%** | **0.44%** | **0.24%** | **0.03%** |