# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BALTIMORE COUNTY, MARYLAND, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-03232-LKG |

## DECLARATION OF JULIAN E. JONES, JR.

I, Julian E. Jones, Jr., being duly sworn, depose, and state as follows:

1. I am over the age of eighteen years and fully competent to testify to the facts and matters set forth herein based upon my personal knowledge.

2. I am the Council Member for District 4 and serve as Chairman of the Baltimore County Council.

3. Pursuant to the Court's February 22, 2022 Memorandum and Order, the Baltimore County Council is filing a new redistricting map that, in addition to District 4, includes a "County District [District 2] in which Black voters [will] otherwise have an opportunity to elect a representative of their choice and that comports with the requirements of the Voting Rights Act, 52 U.S.C. § 10301, and any other relevant constitutional and statutory requirements."

4. The new redistricting map has been prepared by all seven members of the Baltimore County Council and reflects the policy choices of these members. *See Goosby v. Town Bd. of*

*Town of Hempstead, N.Y.*, 981 F. Supp. 751, 755 (E.D.N.Y. 1997), *aff'd*, 180 F.3d 476 (2d Cir. 1999).

5. The Baltimore County Charter sets forth the procedure that the Baltimore County Council must follow to introduce and pass a new bill enacting the new redistricting map into law. The County proposes, as its remedial plan addressing the Court's reasoning in its Memorandum and Opinion, that the Court (1) accept the new map and (2) order that the County and Council follow this procedure to enact the new redistricting map into law.

6. According to the procedure set forth in the Baltimore County Charter, the Baltimore County Council can introduce the bill and the new redistricting map at one of its two regular Council Legislative Sessions each month – the first and third Monday of each month. This month, the regular Council Sessions are March 7, 2022 and March 21, 2022. Bills typically proceed through a "monthly" legislative cycle--meaning, for example, that if a bill is introduced at the first Monday Legislative Session in one month, the bill is voted on the first Monday Legislative Session of the following month. One week prior to the vote, the Council will hold a committee meeting, known as the Work Session, on the Tuesday before the scheduled Legislative Session vote.

7. Although the Council normally meets on the first and third Monday of each month to introduce and pass legislation, under Section 208(e) of the Baltimore County Charter, the Baltimore County Council "may be called into emergency session for the purpose of enacting legislation either by the county executive or by a majority plus one of the total number of county council members established by this Charter, provided, however, that before any bill shall be passed at such an emergency session, it shall require the affirmative vote of a majority plus one of the total number of county council members established by this Charter."

8. Should the Court accept the new redistricting map, the Baltimore County Council may hold a Special Council Legislative Session under Section 208(e) of the Baltimore County Charter to introduce the bill and/or vote on the bill instead of waiting for a regular Council Legislative Session.

9. To give the public and other interested persons time and opportunity to have input in the legislative process, Section 308(e) of the Charter requires publication of the bill for two successive weeks before the Baltimore County Council may vote on it. This requirement is modeled after Article XI-A, Section 3 of the Maryland Constitution. *See Schaeffer v. Anne Arundel County, et al.*, 338 Md. 75 (1995) (requiring 14 days between the first published notice and the date of the meeting in which final approval occurs).

10. The Baltimore County Charter requires five (5) votes for the Council to be called into emergency session for the purpose of enacting legislation, five (5) votes for any such bill to be passed at an emergency session, and five (5) votes in favor of passing a Redistricting bill in order for it to become law.

11. For the purpose of the effective date, the Baltimore County Council may declare the bill an emergency measure under Section 308(f) of the Charter, in which case the bill, following passage by the Council, can be effective as soon as the date of enactment (which, because the Redistricting bill is not subject to Executive veto under Section 207(d) of the Charter, is the date of passage).

12. Because Section 207(c) of the Baltimore County Charter required the Council to adopt a final redistricting plan by January 31, 2022, and that date has passed, the Council requests that the Court's order also extend the deadline to accommodate the aforementioned process.

Executed on March 8, 2022.


_____
Julian E. Jones, Jr.