IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF ) <br> THE NATIONAL ASSOCIATION FOR ) <br> THE ADVANCEMENT OF COLORED ) <br> PEOPLE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BALTIMORE COUNTY, MARYLAND, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-cv-03232-LKG <br><br> Dated:  March 9, 2022 |

## **ORDER**

The parties shall participate in a telephonic status conference on **Friday, March 11, 2022, at 11:00 a.m. Eastern Time**. Plaintiffs are directed to **FILE** a status report stating their views on whether the County's proposed map complies with Section 2 of the Voting Rights Act by **5:00 pm on Thursday, March 10, 2022**.

The telephonic status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiffs:   **Mark Douglas Colley**
Arnold and Porter
601 Massachusetts Ave NW
Washington, DC 20001
202-942-5720
mark.colley@arnoldporter.com

**Andrew David Freeman**
Brown Goldstein and Levy LLP
120 E Baltimore St Ste 2500
Baltimore, MD 21202-6701
410-962-1030
adf@browngold.com

| | |
|---|---|
| For Plaintiffs Cont'd: | **Deborah A Jeon**<br>American Civil Liberties Union of Maryland Foundation<br>3600 Clipper Mill Rd Ste 350<br>Baltimore, MD 21211<br>410-889-8555<br>jeon@aclu-md.org<br><br>**John Arak Freedman**<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>202-942-5316<br>John.Freedman@arnoldporter.com<br><br>**Tierney Peprah**<br>ACLU of Maryland<br>3169 Ebbtide Dr.<br>Edgewood, MD 21040<br>412-266-4718<br>tpeprah@aclu-md.org<br><br>**Michael L. Mazzullo**<br>Arnold & Porter Kaye Scholer LLP<br>250 W. 55th Street<br>New York, NY 10019<br>212-836-8000<br>michael.mazzullo@arnoldporter.com<br>*PRO HAC VICE* |
| For Defendants Baltimore County, MD and the individual Council members: | **Ava E Lias-Booker**<br>**Melissa O Martinez**<br>McGuireWoods<br>500 East Pratt Street, Suite 1000<br>Baltimore, MD 21202-3169<br>410-659-4430<br>410-659-4432<br>alias-booker@mcguirewoods.com<br>mmartinez@mcguirewoods.com<br><br>**Kathryn M. Barber**<br>McGuireWoods<br>800 East Canal Street<br>Richmond, VA 23219<br>804-775-1227<br>kbarber@mcguirewoods.com<br>*PRO HAC VICE* |

| | |
|---|---|
| For Defendant Baltimore County Board of Elections: | **Harry S Johnson**<br>Whiteford Taylor and Preston LLP<br>Seven St Paul St., Ste 1400<br>Baltimore, MD 21202-1626<br>410-347-8700<br>hjohnson@wtplaw.com |
| | **Aaron Andrew Nichols**<br>Whiteford, Taylor, Preston, LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>410-347-8700<br>anichols@wtplaw.com |
| | **Warren N Weaver**<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St Ste 1400<br>Baltimore, MD 21202<br>410-347-8757<br>wweaver@wtplaw.com |

**IT IS SO ORDERED.**

                    s/ Lydia Kay Griggsby
                    LYDIA KAY GRIGGSBY
                    United States District Judge