# EXHIBIT A

# DECLARATION OF WILLIAM S. COOPER

|  |  |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BALTIMORE COUNTY, MARYLAND, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. LKG-21-03232 |

**THIRD DECLARATION OF WILLIAM S. COOPER**

1.　　I previously executed two other Declarations that were submitted in this action. The first was submitted on January 18, 2022, (ECF 28-2) and the second on February 7, 2022, (ECF 41-2). Since then, I have reviewed Defendant Baltimore County's Motion for Approval of Proposed Redistricting Map and to Modify Preliminary Injunction (ECF 57), the accompanying proposed Councilmanic Redistricting Map (ECF 57-3), and the Supplemental Declaration of Dr. James G. Gimpel, Ph.D. (ECF 57-6).

2.　　The County's new proposed map fails to create two majority-Black districts, although this is readily possible. Instead, the County's revised District 2 includes a Black citizen voting age population of 41.7% and a white citizen voting age population of 52.1%. This represents only a 3.4% decrease in the white citizen voting age population from the version of District 2 included in the plan invalidated by the Court, as the previous District 2 had a white citizen voting age population of 55.5%. Although the new map increases the Black citizen voting age population

of the district from 31.2% to 41.7%, this is still significantly less than a majority of the district's vote-eligible population, and over ten points less than its white population.

3.     The County states that when shares of Black, Hispanic, and Asian population are combined in its revised District 2, the district's non-white population would be 50.9%. Additionally, the County claims, when Multiracial, Biracial, Other race, Native American and Hawaiian/Pacific Islander population shares are included, the non-white share of the population in District 2 would be 54.2%. However, in this assessment, the County fails to use *citizen* voting age populations, a critical factor in determining the fairness of a remedial redistricting plan. Given that 42% of Baltimore County's Latinx population is made up of non-citizens, the demographic make-up of the population eligible to vote in the County's proposed District 2 − that is, citizen population of voting age − is majority white, at 52.1%.

4.     As shown in Exhibit 1, a chart showing complete demographic information on the County's proposed remedial plan, the only majority-Black voting district remains District 4. The County still unnecessarily "packs" a supermajority of Black population into District 4, with the Black voting age population now equaling 64.1%, and its general Black population 66.0%. All six of the other Council districts in the County's newly proposed map retain a citizen voting age population that is majority white.

5.     Additionally, the County's proposed map continues to "crack" majority-Black communities of interest, including Woodlawn, Milford Mill, Randallstown, and Owings Mills, as well as dividing numerous other communities throughout the County.

6.     As I have shown in my previously submitted illustrative Plans 1 and 5, two reasonably compact majority-Black districts can be easily established with the County's Black

population distribution in line with court-accepted standards under Section 2. Yet, the County has failed to do so here.

7.     In addition to the two illustrative maps Plaintiffs have already submitted, since receiving the shapefiles for the County's proposed map yesterday afternoon, I have attempted to adapt the new County map to create two fair majority-Black districts while keeping the vast majority of the County's plan intact. This adjusted map is attached hereto as Exhibit 2A, and a zoomed-in version showing the precincts shifted between Districts 2 and 4 is attached as Exhibit 2B. On this map, the districts the County proposed on the night of March 8th are outlined in red, and the districts I have drawn are shown by their color. This map is only a slight variation from the County's proposed map, shifting only eleven precincts. It keeps the County's proposed Districts 1, 5, 6, and 7 entirely intact, and shifts just one lightly populated precinct out of District 3, while creating a second majority-Black district (District 2) in addition to the existing majority-Black District 4.  This variation on the County's map complies with all accepted standards under Section 2 of the Voting Rights Act, including through its creation of two solid majority-Black districts, with a 53.8% Black voting age population (52.0% CVAP) in District 2, and a 53.2% Black VAP (51.6% CVAP) in District 4. Full data on this map is shown in Exhibit 2C, and compactness scores are shown in Exhibit 2D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 10, 2022

_William S. Cooper_
_____
William S. Cooper

# EXHIBIT 1

# Population Summary Report (2020 Census)
## Baltimore  County  March 8, 2022 Proposal

| District | Adusted Population | Deviation | % Deviation | 2020 Population | Any Part Black | % Any Part Black | Single-race Black | % Single-race Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120492 | -1890 | -1.54% | 120183 | 36414 | 30.30% | 33529 | 27.90% | 10504 | 8.74% | 56087 | 46.67% |
| 2 | 117868 | -4514 | -3.69% | 117592 | 51416 | 43.72% | 48921 | 41.60% | 7744 | 6.59% | 51920 | 44.15% |
| 3 | 120742 | -1640 | -1.34% | 120644 | 10622 | 8.80% | 9192 | 7.62% | 6704 | 5.56% | 90555 | 75.06% |
| 4 | 120066 | -2316 | -1.89% | 119717 | 78976 | 65.97% | 75241 | 62.85% | 7757 | 6.48% | 26579 | 22.20% |
| 5 | 122422 | 40 | 0.03% | 122211 | 25709 | 21.04% | 23347 | 19.10% | 5933 | 4.85% | 75955 | 62.15% |
| 6 | 127655 | 5273 | 4.31% | 127328 | 43557 | 34.21% | 40487 | 31.80% | 8897 | 6.99% | 64768 | 50.87% |
| 7 | 127428 | 5046 | 4.12% | 126860 | 28666 | 22.60% | 25076 | 19.77% | 13953 | 11.00% | 77399 | 61.01% |
| Total | 856673 | | 8.00% | 854535 | 275360 | 32.22% | 255793 | 29.93% | 61492 | 7.20% | 443263 | 51.87% |

| District | 18+_Pop | 18+_AP Black | % 18+_AP Black | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+_NH Asian | % 18+_NH AP Asian | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 93945 | 27285 | 29.04% | 26805 | 28.53% | 6884 | 7.33% | 11468 | 12.21% | 46926 | 49.95% |
| 2 | 91918 | 39632 | **43.12%** | 39137 | 42.58% | 5084 | 5.53% | 4383 | 4.77% | 42206 | 45.92% |
| 3 | 94983 | 7426 | 7.82% | 7173 | 7.55% | 4356 | 4.59% | 7755 | 8.16% | 73875 | 77.78% |
| 4 | 93481 | 59922 | **64.10%** | 59130 | 63.25% | 5226 | 5.59% | 4902 | 5.24% | 23259 | 24.88% |
| 5 | 95858 | 17473 | 18.23% | 17123 | 17.86% | 3799 | 3.96% | 9156 | 9.55% | 63669 | 66.42% |
| 6 | 101796 | 32477 | 31.90% | 31806 | 31.24% | 6217 | 6.11% | 6855 | 6.73% | 55219 | 54.24% |
| 7 | 97530 | 19232 | 19.72% | 18639 | 19.11% | 8623 | 8.84% | 2380 | 2.44% | 64412 | 66.04% |
| Total | 669511 | 203447 | 30.39% | 199813 | 29.84% | 40189 | 6.00% | 46899 | 7.00% | 369566 | 55.20% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % NH Single-Race Asian CVAP* | % NH Single-Race White CVAP* |
|---|---|---|---|---|
| 1 | 29.86% | 2.42% | 6.23% | 60.52% |
| 2 | **41.68%** | 2.78% | 2.90% | 52.11% |
| 3 | 7.03% | 2.73% | 5.64% | 84.06% |
| 4* | **62.24%** | 2.33% | 4.09% | 30.35% |
| 5 | 13.09% | 1.86% | 6.69% | 78.04% |
| 6 | 27.18% | 3.80% | 4.00% | 64.06% |
| 7 | 17.00% | 3.06% | 1.54% | 77.19% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2019/

# EXHIBIT 2A



3/10/22 Plaintiffs' Modification

March 8 County Proposal

0          5          10
Miles

©2019 CALIPER; ©2018 HERE

# EXHIBIT 2B



**3/10/22 Plaintiffs' Modification**

◻ March 8 County Proposal

Modified Area Zoom

# EXHIBIT 2C

# Population Summary Report (2020 Census)

## Plaintiffs' March 10  Modification to Baltimore County  March 8, 2022 Proposal

| District | Adusted Population | Deviation | % Deviation | 2020 Population | Any Part Black | % Any Part Black | Single-race Black | % Single-race Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120492 | -1890 | -1.54% | 120183 | 36414 | 30.30% | 33529 | 27.90% | 10504 | 8.74% | 56087 | 46.67% |
| 2 | 122134 | -248 | -0.20% | 121792 | 65752 | 53.99% | 62936 | 51.67% | 8254 | 6.78% | 41991 | 34.48% |
| 3 | 119806 | -2576 | -2.10% | 119708 | 10602 | 8.86% | 9179 | 7.67% | 6675 | 5.58% | 89706 | 74.94% |
| 4 | 116736 | -5646 | -4.61% | 116453 | 64660 | 55.52% | 61239 | 52.59% | 7276 | 6.25% | 37357 | 32.08% |
| 5 | 122422 | 40 | 0.03% | 122211 | 25709 | 21.04% | 23347 | 19.10% | 5933 | 4.85% | 75955 | 62.15% |
| 6 | 127655 | 5273 | 4.31% | 127328 | 43557 | 34.21% | 40487 | 31.80% | 8897 | 6.99% | 64768 | 50.87% |
| 7 | 127428 | 5046 | 4.12% | 126860 | 28666 | 22.60% | 25076 | 19.77% | 13953 | 11.00% | 77399 | 61.01% |
| **Total** | **856673** | | **8.92%** | 854535 | 275360 | 32.22% | 255793 | 29.93% | 61492 | 7.20% | 443263 | 51.87% |

| District | 18+_Pop | 18+_ AP Black | % 18+_ AP Black | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+_NH AP Asian | _NH AP Asian | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 93945 | 27285 | 29.04% | 26805 | 28.53% | 6884 | 7.33% | 11468 | 12.21% | 46926 | 49.95% |
| 2 | 94750 | 50947 | **53.77%** | 50347 | 53.14% | 5451 | 5.75% | 4032 | 4.26% | 33914 | 35.79% |
| 3 | 94213 | 7415 | 7.87% | 7162 | 7.60% | 4339 | 4.61% | 7740 | 8.22% | 73157 | 77.65% |
| 4 | 91419 | 48618 | **53.18%** | 47931 | 52.43% | 4876 | 5.33% | 5268 | 5.76% | 32269 | 35.30% |
| 5 | 95858 | 17473 | 18.23% | 17123 | 17.86% | 3799 | 3.96% | 9156 | 9.55% | 63669 | 66.42% |
| 6 | 101796 | 32477 | 31.90% | 31806 | 31.24% | 6217 | 6.11% | 6855 | 6.73% | 55219 | 54.24% |
| 7 | 97530 | 19232 | 19.72% | 18639 | 19.11% | 8623 | 8.84% | 2380 | 2.44% | 64412 | 66.04% |
| Total | 669511 | 203447 | 30.39% | 199813 | 29.84% | 40189 | 6.00% | 46899 | 7.00% | 369566 | 55.20% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % NH Single-Race Asian CVAP* | % NH Single-Race White CVAP* |
|---|---|---|---|---|
| 1 | 29.86% | 2.42% | 6.23% | 60.52% |
| 2 | **52.02%** | 2.66% | 2.67% | 42.16% |
| 3 | 7.08% | 2.74% | 5.67% | 83.94% |
| 4* | **51.61%** | 2.43% | 4.34% | 40.60% |
| 5 | 13.09% | 1.86% | 6.69% | 78.04% |
| 6 | 27.18% | 3.80% | 4.00% | 64.06% |
| 7 | 17.00% | 3.06% | 1.54% | 77.19% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2019/

# EXHIBIT 2D

Plan Name:      Baltimore_March_10_Plan
Plan Type:
Date:    3/10/2022 Time:
1:19:18PM
Administrator:

# Measures of Compactness

3/10/2022

| DISTRICT | Roeck | Polsby-Popper |
|----------|-------|---------------|
| 1 | 0.37 | 0.45 |
| 2 | 0.36 | 0.25 |
| 3 | 0.51 | 0.48 |
| 4 | 0.39 | 0.21 |
| 5 | 0.50 | 0.41 |
| 6 | 0.23 | 0.24 |
| 7 | 0.61 | 0.76 |
| Sum | N/A | N/A |
| Min | 0.23 | 0.21 |
| Max | 0.61 | 0.76 |
| Mean | 0.42 | 0.40 |
| Std. Dev. | 0.12 | 0.19 |