IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BALTIMORE COUNTY, MARYLAND, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 21-cv-03232-LKG<br><br>Dated:  March 11, 2022 |

# **ORDER**

On March 11, 2022, the parties participated in a telephonic status conference in the above-captioned Voting Rights Act matter. The parties shall participate in a virtual evidentiary hearing to be held on **Monday, March 21, 2022, at 2:00 p.m. Eastern Time**. The Court will provide the parties *via* email with a link prior to the hearing.

The parties shall adhere to the following time allocations for the presentation of their oral arguments:

1. Opening arguments, **30** minutes each for plaintiffs and defendants;

2. Responses, **20** minutes each for plaintiffs and defendants; and

3. Rebuttal, if any, **10** minutes each for plaintiffs and defendants.

In addition, the following witnesses shall be available to testify at the hearing: William S. Cooper, Dr. Matthew Barreto and Dr. James Gimpel. Baltimore County Council Chairman Julian Jones is also invited to participate in the hearing.

Should any party intend to call a witness to testify during the hearing, that party shall **NOTIFY** the Court in writing on or before **March 17, 2022**, and provide: (1) the name and qualifications of the witness and (2) the area in which the witness is expected to testify.

The parties shall **FILE** any supplemental briefs on or before **March 17, 2022, at 5:00 p.m. Eastern Time**, addressing the following issues:

1. Whether defendants' proposed map found at Exhibit B to defendants' motion for approval of the County's proposed redistricting map and to modify the preliminary injunction (**Attachment 1**) provides "an additional County District in which Black voters otherwise have an opportunity to elect a representative of their choice and that comports with the requirements of the Voting Rights Act . . . and any other relevant constitutional and statutory requirements."

2. Whether plaintiffs' proposed the map found at Exhibit 2A to the Third Declaration of William S. Cooper, dated March 10, 2022, (**Attachment 2**) provides "an additional County District in which Black voters otherwise have an opportunity to elect a representative of their choice and that comports with the requirements of the Voting Rights Act . . . and any other relevant constitutional and statutory requirements."

**IT IS SO ORDERED.**

                s/ Lydia Kay Griggsby
                LYDIA KAY GRIGGSBY
                United States District Judge

**Attachment 1**



**Attachment 2**

