WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

HARRY S. JOHNSON
DIRECT LINE (410) 347-8743
DIRECT FAX (410) 223-4163
hjohnson@wtplaw.com

March 18, 2022

**VIA CM/ECF Only**
**The Honorable Lydia Kay Griggsby**
*District Judge*
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

      RE:      *Baltimore County Branch of the National Association for the Advancement of Colored People, et al., v. Baltimore County, Maryland, et al.*

      Case No.:    21-cv-03232-LKG

Dear Judge Griggsby,

      I write on behalf of Defendant Baltimore County Board of Elections to provide Your Honor with an update on pertinent filing deadlines regarding Maryland state elections. On March 15, 2022, Chief Judge Getty of the Maryland Court of Appeals issued an Order (the "Order") further extending election-related deadlines. In pertinent part, the Order extends the candidate filing deadline from March 22, 2022 to April 15, 2022 and moves the 2022 Primary for the Gubernatorial Elections from June 28, 2022 to July 19, 2022. Judge Getty's Order is attached hereto as **Exhibit A**.

      At the hearing held on March 11, 2022, the parties and Your Honor discussed the process by which election deadlines are extended. To correct the comments I made at the end of the hearing, and as noted in the Order, it is the Maryland Court of Appeals, pursuant to Article III, § 5 of the Constitution of Maryland, that possess "original jurisdiction" to grant "appropriate relief" in the event of challenges made regarding districting issues. Neither the Baltimore County Board of Elections or the Maryland State Board of Elections possess the authority to change election filing deadlines or election dates.

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.

March 18, 2022
Page 2

      Should Your Honor have any additional questions on this subject, undersigned counsel will be prepared to address the same at the hearing scheduled for March, 21, 2022.

                                                  Very truly yours,

                                                  */s/ Harry S. Johnson*

                                                  Harry S. Johnson

cc: *All Counsel of Record via CM/ECF*

12244579