# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>BALTIMORE COUNTY, MARYLAND, *et al.*, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-03232-LKG <br><br>Dated: March 23, 2022 |

## **ORDER**

The parties shall participate in a telephonic status conference on **Thursday, March 24, 2022, at 3:00 p.m. Eastern Time**.

The telephonic status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

　　For Plaintiffs:　　**Mark Douglas Colley**
　　　　　　　　　　Arnold and Porter
　　　　　　　　　　601 Massachusetts Ave NW
　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　202-942-5720
　　　　　　　　　　mark.colley@arnoldporter.com

　　　　　　　　　　**Andrew David Freeman**
　　　　　　　　　　Brown Goldstein and Levy LLP
　　　　　　　　　　120 E Baltimore St Ste 2500
　　　　　　　　　　Baltimore, MD 21202-6701
　　　　　　　　　　410-962-1030
　　　　　　　　　　adf@browngold.com

| | |
|---|---|
| For Plaintiffs Cont'd: | **Deborah A Jeon**<br>American Civil Liberties Union of Maryland Foundation<br>3600 Clipper Mill Rd Ste 350<br>Baltimore, MD 21211<br>410-889-8555<br>jeon@aclu-md.org<br><br>**John Arak Freedman**<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>202-942-5316<br>John.Freedman@arnoldporter.com<br><br>**Tierney Peprah**<br>ACLU of Maryland<br>3169 Ebbtide Dr.<br>Edgewood, MD 21040<br>412-266-4718<br>tpeprah@aclu-md.org<br><br>**Michael L. Mazzullo**<br>Arnold & Porter Kaye Scholer LLP<br>250 W. 55th Street<br>New York, NY 10019<br>212-836-8000<br>michael.mazzullo@arnoldporter.com<br>*PRO HAC VICE* |
| For Defendants Baltimore County, MD and the individual Council members: | **Ava E Lias-Booker**<br>**Melissa O Martinez**<br>McGuireWoods<br>500 East Pratt Street, Suite 1000<br>Baltimore, MD 21202-3169<br>410-659-4430<br>410-659-4432<br>alias-booker@mcguirewoods.com<br>mmartinez@mcguirewoods.com<br><br>**Kathryn M. Barber**<br>McGuireWoods<br>800 East Canal Street<br>Richmond, VA 23219<br>804-775-1227<br>kbarber@mcguirewoods.com<br>*PRO HAC VICE* |

2

| | |
|---|---|
| For Defendant Baltimore County Board of Elections: | **Harry S Johnson** <br> Whiteford Taylor and Preston LLP <br> Seven St Paul St., Ste 1400 <br> Baltimore, MD 21202-1626 <br> 410-347-8700 <br> hjohnson@wtplaw.com <br><br> **Aaron Andrew Nichols** <br> Whiteford, Taylor, Preston, LLP <br> 7 Saint Paul Street <br> Baltimore, MD 21202 <br> 410-347-8700 <br> anichols@wtplaw.com <br><br> **Warren N Weaver** <br> Whiteford Taylor and Preston LLP <br> Seven Saint Paul St Ste 1400 <br> Baltimore, MD 21202 <br> 410-347-8757 <br> wweaver@wtplaw.com |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge