IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BALTIMORE COUNTY, MARYLAND, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-03232-LKG |

## NOTICE OF THE BALTIMORE COUNTY COUNCIL'S ENACTMENT OF APPROVED REDISTRICTING PLAN

On March 24, 2022, this Court held a telephonic status conference, ECF 78, in which it issued from the bench an oral Opinion and Order approving the Baltimore County's proposed redistricting plan submitted to the court on March 8, 2022, ECF 57, waiving the Baltimore County Charter's publication requirement and 14-day period between the introduction and vote on new legislation, and modifying the preliminary injunction granted on February 22, 2022.  Pursuant to the Court's oral Opinion and Order, the Baltimore County Council convened an emergency legislative session under Section 208(e) of the Baltimore County Charter, *see* **Exhibit 1**, and unanimously adopted Bill 22-22, revising and reconstituting the Baltimore County councilmanic districts in accordance with the approved redistricting map and population summaries presented to the Court, attached hereto as **Exhibit 2**.

WHEREFORE, Defendant Baltimore County, Maryland, respectfully submits this Notice of the Baltimore County Council's Enactment of Approved Redistricting Plan.

| | |
|---|---|
| Dated: March 24, 2022 | Respectfully submitted, |

/s/ *Melissa O. Martinez*
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 E. Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
(410) 659-4400
(410) 659-4599 Fax
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

Kathryn M. Barber (Admitted *Pro Hac Vice)*
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000
(804) 775-1061 Fax
kbarber@mcguirewoods.com

***Counsel for Defendant Baltimore County, Maryland***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2022, a copy of the foregoing Notice of Baltimore County Council's Enactment of Approved Redistricting Plan was served via the Court's CM/ECF system upon all counsel of record.

                                                */s/ Melissa O. Martinez*
                                                Melissa O. Martinez