# Exhibit 1

*TENTATIVE#1*

BALTIMORE COUNTY COUNCIL AGENDA
LEGISLATIVE SESSION 2022,   LEGISLATIVE DAY NO. 7
MARCH 24, 2022      6:30 P.M.

## EMERGENCY LEGISLATIVE SESSION

**CEB = CURRENT EXPENSE BUDGET**
**BY REQ. = AT REQUEST OF COUNTY EXECUTIVE**

A. **MOMENT OF SILENT MEDITATION**
**PLEDGE OF ALLEGIANCE TO THE FLAG**

B. **INTRODUCTION AND FINAL READING AND VOTE OF BILLS**
Bill 22-22– All Council – Revision of Councilmanic Districts