# Exhibit 2

COUNTY COUNCIL OF BALTIMORE COUNTY, MARYLAND
Legislative Session 2022, Legislative Day No. 7

Bill No. 22-22

All Councilmembers

By the County Council, March 24, 2022

A BILL
ENTITLED

AN ACT concerning

    Revision of Councilmanic Districts

FOR   the purpose of revising and reconstituting the councilmanic districts of Baltimore County in accordance with the latest census figures published as a result of the U.S. Census of 2020, as required by Section 207 of the Baltimore County Charter.

    WHEREAS, Section 207 of the Baltimore County Charter ("the Charter") empowers and directs the County Council to revise the councilmanic districts along population lines as determined by the decennial census of the United States; and

    WHEREAS, the population results of the 2020 U.S. Census indicate the need for revising the current councilmanic district lines; and

---

EXPLANATION:    CAPITALS INDICATE MATTER ADDED TO EXISTING LAW.
    [Brackets] indicate matter stricken from existing law.
    ~~Strike out~~ indicates matter stricken from bill.
    <u>Underlining</u> indicates amendments to bill.

WHEREAS, on December 20, 2021, the Council discharged its Charter-mandated duty and adopted a Redistricting Plan in Bill 103-21 consistent with the requirements of Section 207 of the Charter and law; and

WHEREAS, on December 21, 2021, a lawsuit was filed by the NAACP and others against the County in the United States District Court in Baltimore alleging that the Council's Redistricting Plan, including the adopted map, violated the federal Voting Rights Act; and

WHEREAS, on January 19, 2022, the Plaintiffs filed a Motion for Preliminary Injunction seeking to enjoin the County from conducting future elections for County Council under the Plan adopted in Bill 103-21; and

WHEREAS, following a hearing on February 15, 2022, District Judge Lydia Kay Griggsby issued an Opinion and Order on February 22, 2022 granting the Plaintiffs' motion and directing the County "to adopt a redistricting map that … includes … an additional County District in which Black voters otherwise have an opportunity to elect a representative of their choice and that comports with the requirements of the Voting Rights Act, 52 U.S.C. § 10301, and any other relevant constitutional and statutory requirements, by March 8, 2022; and

WHEREAS, in compliance with the Court's Order, the Council submitted a new Redistricting Plan on March 8, 2022, which included a new Redistricting map; and

WHEREAS, on March 21, 2022, the Court held an evidentiary hearing on whether to accept the County's new Redistricting Plan. Thereafter, in a Status Conference on March 24, 2022, the Court issued from the bench an Opinion and Order approving the County's submitted map and directing the County Council to adopt the new Redistricting Plan, including the map. In so doing, the Court waived the Charter requirements related to the passage of legislation, including the requirement of publication in a newspaper of general circulation and a 14-day period between introduction of legislation and vote; and

WHEREAS, the County Council has on this date, March 24, 2022, convened an emergency session under Section 208(e) of the Charter to adopt a Redistricting Plan under Section 207 of the Charter; now, therefore

1  SECTION 1.  BE IT ENACTED BY THE COUNTY COUNCIL OF BALTIMORE
2  COUNTY, MARYLAND that, in accordance with Section 207 of the Baltimore County Charter,
3  the councilmanic districts of Baltimore County be and are hereby revised and reconstituted to
4  read as follows:
5
6  Baltimore County is divided into seven councilmanic districts composed of the following
7  election districts or parts of districts as the districts presently exist:

8  **Council**      **Present Election District or Parts Thereof**
9  **District**

10  I.    Census Blocks 240054011013000, 240054011013001, 240054011013002,
11        240054011013003, 240054011013005, 240054011013006, 240054011013007,
12        240054011013008, 240054011013009, 240054011013010, 240054011013020,
13        240054011013022, 240054011021000, 240054011021001, 240054011021002,
14        240054011021003, 240054011021004, 240054011021005, 240054011021006,
15        240054011021007, 240054011021008, 240054011021009, 240054011021010,
16        240054011021011, 240054011021012, 240054011021013, 240054011021014,
17        240054011021015, 240054011021016, 240054011021017, 240054011022000,
18        240054011022001, 240054011022002, 240054011022003, 240054011022004,
19        240054011022005, 240054011022006, 240054011022007, 240054011022008,

| | | |
|---|---|---|
| 1 | | 240054011022009, 240054011022010, 240054011022011, 240054011022012, |
| 2 | | 240054011022013, 240054011022014, 240054011022015, 240054011022016, |
| 3 | | 240054011022017, 240054011022018, 240054012001000, 240054012001001, |
| 4 | | 240054012001002, 240054012001003, 240054012001004, 240054012001005, |
| 5 | | 240054012001006, 240054012001007, 240054012001008, 240054012001009, |
| 6 | | 240054012001010, 240054012001011, 240054012001012, 240054012001013, |
| 7 | | 240054012001014, 240054012001015, 240054012001016, 240054012001017, |
| 8 | | 240054012001018, 240054012001019, 240054012001020, 240054012001021, |
| 9 | | 240054012001022, 240054012001023, 240054012001024, 240054013011000, |
| 10 | | 240054013011001, 240054013011002, 240054013011003, and |
| 11 | | 240054013011007 of Precinct 1, and Precincts 2 through 17, all inclusive of the |
| 12 | | 1st Election District; and the entire 13th Election District. |
| 13 | II. | Census Blocks 240054012002000, 240054012002001, 240054012002002, |
| 14 | | 240054012002003, 240054012002004, 240054012002005, 240054012002006, |
| 15 | | 240054012002007, 240054012002008, 240054012002009, 240054012002010, |
| 16 | | 240054012002011, 240054012002012, 240054012002013, and |
| 17 | | 240054012002014 of Precinct 1 of the 1st Election District; Precincts 1, 2, 4, |
| 18 | | Census Blocks 240054023043008, 240054023043009, 240054023043010, |
| 19 | | 240054023043011, 240054023043012, 240054023043013, 240054023043014, |
| 20 | | 240054023043016, 240054023043017, and 240054023043018 of Precinct 5, and |
| 21 | | Precincts 7, 8, 23, 25, and 31 of the 2nd Election District; the entire 3rd Election |
| 22 | | District; Precincts 2, 3, 4, 13, and 14 of the 4th Election District; Precincts 8 and |
| 23 | | 17 of the 8th Election District; and Precincts 1 and 2 of the 9th Election District. |

1  III.  The entire 5th, 6th, and 7th Election Districts; Precincts 1 through 7, all inclusive,
2       Precincts 9 through 16, all inclusive, and Precincts 18 through 28, all inclusive, of
3       the 8th Election District; Precincts 7,8, 9, Census Blocks 240054917011007,
4       240054917011008, 240054917011009, and 240054917012001 of Precinct 23,
5       Precinct 24, Census Blocks 240054922002000, 240054922002001,
6       240054922002002, 240054922002006, 240054922003000, 240054922003001,
7       240054922003002, 240054922003003, 240054926003007 of Precinct 25, Census
8       Blocks 240054917012002, 240054917012003, 240054917012004,
9       240054917012005, 240054917012006, 240054917012007, 240054917013000,
10      240054917013001, 240054917013002, 240054917013003, 240054917013004,
11      240054917013005, 20054919002004, and 240054919002005 of Precinct 26, and
12      Precinct 27 of the 9th Election District; the entire 10th Election District; and
13      Precincts 1, 2, 23, and 26 of the 11th Election District.
14 IV.  Precinct 3, Census Blocks 240054023031000, 240054023031001,
15      240054023031002, 240054023031003, 240054023031004, 240054023031005,
16      240054023031006, 240054023032000, 240054023032001, 240054023032003,
17      240054023032004, 240054023032010, 240054023032011, 240054023032012,
18      240054023032013, 240054023032014, 240054023032015, 240054023032016,
19      240054023032017, 240054023032018, 240054023032019, 240054023032020,
20      240054023033000, 240054023033001, 240054023033002, 240054023033006,
21      240054023033007, 240054023033008, 240054023033009, and
22      240054023033010 of Precinct 5, Precinct 6, Precincts 9 through 22, all inclusive,

5

|    |    |    |
|----|----|----|
| 1  |    | and Precincts 24, 26, 27, 28, 29, and 30 of the 2nd Election District; and Precinct 1 |
| 2  |    | and Precincts 5, 6, 7, 8, 9, 10, 11, 12, and 15 of the 4th Election District. |
| 3  | V. | Census Blocks 240054917011002, 240054917011003, 240054917011004, |
| 4  |    | 240054917011005, 240054917011006, 240054917011010, 240054917012000, |
| 5  |    | 240054919001000, 240054919001001, 240054919001002, 240054919001003, |
| 6  |    | 240054919001004, 240054919001005, 240054919001006, 240054919001007, |
| 7  |    | 240054919001008, 240054919001009, 240054919001010, 240054919001011, |
| 8  |    | 240054919001012, 240054919001013, 240054919001014, 240054919001015, |
| 9  |    | 240054919002000, 240054919002001, 240054919002002, 240054919002006, |
| 10 |    | 240054919002007, 240054919002008, 240054919002009, 240054919002010, |
| 11 |    | 240054919002011, 240054919002012, 240054919002013, 240054919002014, |
| 12 |    | 240054919002015, 240054919002016, and 240054919002017 of Precinct 23, |
| 13 |    | Census Blocks 240054917011000, 240054917011001, 240054922002003, |
| 14 |    | 240054922002004, 240054922002005, 240054922002007, 240054922002008, |
| 15 |    | 240054922002009, 240054922002010, 240054922002011, 240054922002012, |
| 16 |    | 240054922002013, and 240054926003006 of Precinct 25, and Census Blocks |
| 17 |    | 240054917012008 and 240054919002003 of Precinct 26 of the 9th Election |
| 18 |    | District; Precincts 3 through 22, all inclusive, and Precincts 24, 25, and 27 of the |
| 19 |    | 11th Election District; Census Blocks 240054406001004, 240054406001005, |
| 20 |    | 240054406001006, 240054406001007, 240054406001008, 240054406001009, |
| 21 |    | 240054406001010, 240054406001011, 240054406001012, 240054406001013, |
| 22 |    | 240054406001014, 240054406001015, 240054406001016, 240054406001017, |
| 23 |    | 240054406001018, 240054406001019, 240054406001020, 240054406001021, |

240054406001029, 240054406001030, 240054406001031, 240054406001033, 240054408001001, 240054408001002, 240054408001003, 240054408001004, 240054408001005, 240054408001006, 240054408001009, 240054408001010, 240054408002001, 240054408002002, 240054408002003, 240054408002004, 240054408002005, 240054408002006, 240054408002007, 240054408002008, 240054408002009, and 240054408002010 of Precinct 2, and Precincts 3 and 4 of the 14th Election District; and Precincts 3, 5, 6, 7, 8, 9, Census Block 240054512002032 of Precinct 11, and Precincts 25 and 26 of the 15th Election District.

VI. Precincts 3, 4, 5, 6, Precincts 10 through 22, all inclusive, Census Blocks 240054916001000, 240054916001001, 240054916001002, 240054916001003, 240054916001004, 240054916001006, and 240054916001007 of Precinct 26, and Precincts 28 and 29 of the 9th Election District; Precinct 1, Census Blocks 240054403001000, 240054403001001, 240054403001002, 240054403001003, 240054403001004, 240054403001005, 240054403001006, 240054403001007, 240054403001008, 240054403001009, 240054403001010, 240054403001011, 240054403001012, 240054403001013, 240054403001014, 240054403001015, 240054403001016, 240054403001017, 240054403001018, 240054403001019, 240054403001020, 240054403001021, 240054408001000, 240054408001007, 240054408001008, 240054408002000 of Precinct 2, and Precincts 5 through 14, all inclusive, of the 14th Election District; and Precinct 4 of the 15th Election District.

7

1     VII.     The entire 12th Election District; and Precincts 1, 2, and 10, Census Blocks
2                    240054503001001, 240054503001002, 240054503001003, 240054503001004,
3                    240054503001005, 240054503001006, 240054508002000, 240054508003004,
4                    240054508003005, 240054508003006, 240054508003007, 240054508003009,
5                    240054508003010, 240054508003011, 240054508003012, 240054508003013,
6                    240054508003014, 240054508003015, 240054508003016, 240054508003017,
7                    240054508003018, 240054508003019, 240054508003020, 240054508003021,
8                    240054923001000, 240054923001001, 240054923001002, 240054923001003,
9                    240054923001004, 240054923001005, 240054923001006, 240054923001007,
10                   240054923001008, 240054923001009, 240054923001010, 240054923001011,
11                   240054923001012, 240054923001013, 240054923001014, 240054923001015,
12                   240054923002000, 240054923002001, 240054923002002, 240054923002003,
13                   240054923002004, 240054923002005, 240054923002006, 240054923002007,
14                   240054923002008, 240054923002009, 240054923002010, 240054923002011,
15                   240054923002012, 240054923002013, 240054923002014, 240054923002015,
16                   240054923002016, 240054923002017, 240054923002018, 240054923002019,
17                   240054923002020, 240054923003005, 240054923003006, 240054923003007,
18                   240054923003008, 240054923003009, 240054923003010, and
19                   240054923003015 of Precinct 11, and Precincts 12 through 24, all inclusive, of
20                   the 15th Election District.

21

22          SECTION 2.  AND BE IT FURTHER ENACTED, that a geographic representation of
23 the seven revised councilmanic districts is set forth in the 2022 Baltimore County Councilmanic

1 Redistricting Map attached as Exhibit A, and the corresponding Population and Demographic
2 Summary is attached as Exhibit B.
3
4      SECTION 3.  AND BE IT FURTHER ENACTED, that the County Council having been
5 called into emergency session; and that having been declared an emergency measure affecting
6 the public health, safety or welfare; and having been passed by the affirmative vote of five (5)
7 members of the County Council, this Act shall take effect on the day of its enactment and the
8 councilmanic boundaries established herein shall supersede and replace the councilmanic
9 boundaries set forth in Bill 103-21 and shall become effective for the next regularly scheduled
10 election of the County Council in 2022, unless otherwise altered or amended or modified by
11 order of a court of competent jurisdiction.

9



# 2022 Baltimore County Councilmanic Redistricting Map

## EXHIBIT A

# BILL  -22 - REVISION OF COUNCILMANIC DISTRICTS

## Total Population Summary

| Council District | Total Population | Ideal District Population | Population Deviation from Ideal | Percent Deviation from Ideal | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120,492 | 122,382 | -1,890 | -1.54% | 56,164 | 33,331 | 10,511 | 14,036 | 5,455 | 738 | 227 | 30 |
| 2 | 117,868 | 122,382 | -4,514 | -3.69% | 51,940 | 48,710 | 7,749 | 4,737 | 3,839 | 704 | 165 | 24 |
| 3 | 120,742 | 122,382 | -1,640 | -1.34% | 90,597 | 9,088 | 6,706 | 9,174 | 4,473 | 498 | 156 | 50 |
| 4 | 120,066 | 122,382 | -2,316 | -1.89% | 26,606 | 74,844 | 7,763 | 5,543 | 4,346 | 756 | 174 | 34 |
| 5 | 122,422 | 122,382 | 40 | 0.03% | 76,048 | 23,156 | 5,937 | 11,267 | 5,256 | 481 | 238 | 39 |
| 6 | 127,655 | 122,382 | 5,273 | 4.31% | 64,845 | 40,164 | 8,901 | 7,473 | 5,319 | 659 | 255 | 39 |
| 7 | 127,428 | 122,382 | 5,046 | 4.12% | 77,695 | 24,844 | 13,967 | 2,481 | 7,012 | 652 | 741 | 36 |
| Total | 856,673 | | | | 443,895 | 254,137 | 61,534 | 54,711 | 35,700 | 4,488 | 1,956 | 252 |

| | |
|---|---|
| Ideal Population | 122,382 |
| Max Deviation (±5%) | 6,120 |
| Max Deviation Range | 116,263 to 128,501 |
| 10% Max Deviation | 12,238 |
| (difference between largest and smallest districts) | |

| Council District | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|
| 1 | 46.61% | 27.66% | 8.72% | 11.65% | 4.53% | 0.61% | 0.19% | 0.02% |
| 2 | 44.07% | 41.33% | 6.57% | 4.02% | 3.26% | 0.60% | 0.14% | 0.02% |
| 3 | 75.03% | 7.53% | 5.55% | 7.60% | 3.70% | 0.41% | 0.13% | 0.04% |
| 4 | 22.16% | 62.34% | 6.47% | 4.62% | 3.62% | 0.63% | 0.14% | 0.03% |
| 5 | 62.12% | 18.91% | 4.85% | 9.20% | 4.29% | 0.39% | 0.19% | 0.03% |
| 6 | 50.80% | 31.46% | 6.97% | 5.85% | 4.17% | 0.52% | 0.20% | 0.03% |
| 7 | 60.97% | 19.50% | 10.96% | 1.95% | 5.50% | 0.51% | 0.58% | 0.03% |
| Total | 51.82% | 29.67% | 7.18% | 6.39% | 4.17% | 0.52% | 0.23% | 0.03% |

## Voting Age Population Summary

| Council District | Total Population | Ideal District Population | Population Deviation from Ideal | Percent Deviation from Ideal | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 94,254 | 95,950 | -1,696 | -1.77% | 47,003 | 25,816 | 6,891 | 10,520 | 3,352 | 474 | 170 | 28 |
| 2 | 92,191 | 95,950 | -3,759 | -3.92% | 42,226 | 38,002 | 5,089 | 3,802 | 2,441 | 473 | 137 | 21 |
| 3 | 95,081 | 95,950 | -869 | -0.91% | 73,917 | 6,661 | 4,358 | 7,023 | 2,618 | 341 | 117 | 46 |
| 4 | 93,830 | 95,950 | -2,120 | -2.21% | 23,286 | 57,351 | 5,232 | 4,358 | 2,945 | 505 | 130 | 23 |
| 5 | 96,069 | 95,950 | 119 | 0.12% | 63,762 | 16,245 | 3,803 | 8,569 | 3,131 | 332 | 196 | 31 |
| 6 | 102,122 | 95,950 | 6,172 | 6.43% | 55,296 | 30,545 | 6,221 | 6,054 | 3,325 | 439 | 217 | 25 |
| 7 | 98,098 | 95,950 | 2,148 | 2.24% | 64,708 | 17,605 | 8,637 | 1,920 | 4,177 | 409 | 613 | 29 |
| Total | 671,645 | | | | 370,198 | 192,225 | 40,231 | 42,246 | 21,989 | 2,973 | 1,580 | 203 |

| | |
|---|---|
| Ideal VA Population | 95,950 |
| Max Deviation (±5%) | 4,798 |
| Max Deviation Range | 91,192 to 100,748 |

| Council District | White | Black or African American | Hispanic or Latino | Asian | Two or More Races | Other Race | Am. Indian & Alaska Native | Native Hawaiian & Other Pac. Islander |
|---|---|---|---|---|---|---|---|---|
| 1 | 49.87% | 27.39% | 7.31% | 11.16% | 3.56% | 0.50% | 0.18% | 0.03% |
| 2 | 45.80% | 41.22% | 5.52% | 4.12% | 2.65% | 0.51% | 0.15% | 0.02% |
| 3 | 77.74% | 7.01% | 4.58% | 7.39% | 2.75% | 0.36% | 0.12% | 0.05% |
| 4 | 24.82% | 61.12% | 5.58% | 4.64% | 3.14% | 0.54% | 0.14% | 0.02% |
| 5 | 66.37% | 16.91% | 3.96% | 8.92% | 3.26% | 0.35% | 0.20% | 0.03% |
| 6 | 54.15% | 29.91% | 6.09% | 5.93% | 3.26% | 0.43% | 0.21% | 0.02% |
| 7 | 65.96% | 17.95% | 8.80% | 1.96% | 4.26% | 0.42% | 0.62% | 0.03% |
| Total | 55.12% | 28.62% | 5.99% | 6.29% | 3.27% | 0.44% | 0.24% | 0.03% |