## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BALTIMORE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> BALTIMORE COUNTY, MARYLAND, *et al.*, <br><br>  Defendants. | Civil Action No. 21-cv-03232-LKG <br><br> Dated:  September 7, 2022 |

## STAY ORDER

On September 6, 2022, the parties filed a joint status report in the above-captioned matter informing the Court that on August 9, 2022, the United States Court of Appeals for the Fourth Circuit granted *en banc* review of *Stinnie v. Holcomb*, No. 21-1756, and detailing their respective views on further proceedings.  ECF No. 90.  Plaintiffs requested that the Court continue the stay in this matter until 30 days after the Fourth Circuit issues a ruling in *Stinnie*.  *Id.* at 2-3.  Defendants requested that the Court lift the stay and order the parties to brief the issues of plaintiffs' entitlement to attorneys' fees.  *Id.* at 3-9.

In light of the foregoing, and for good cause shown, the Court continues the **STAY** of the proceedings in this matter until 30 days after the Fourth Circuit issues a ruling.  The parties shall **FILE** a joint status report on or before that date, stating their respective views as to whether the Court should lift the stay, and, if so, proposing a schedule for further proceedings.

**IT IS SO ORDERED.**

                                                                s/ Lydia Kay Griggsby
                                                                LYDIA KAY GRIGGSBY
                                                                United States District Judge